EDMUNDS &VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS        734-0
jedmunds@ev-law.com
JOY S. OMONAKA         5709-0
jomonaka@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone:  (808) 524-2000
Facsimile:   (808) 528-3585

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, ) | CIVIL NO. 03-00595 SPK/LEK |
| ) | |
| Plaintiff, ) | PLAINTIFF'S MOTION RE USE OF |
| ) | DEFENSE EXPERT'S TESTIMONY |
| vs. ) | ON INFORMED CONSENT; |
| ) | MEMORANDUM IN SUPPORT OF |
| KEVIN W. DIEFFENBACH, M.D. and ) | MOTION; EXHIBITS A and B; |
| DOES 1-10, ) | DECLARATION OF JOY S. |
| ) | OMONAKA; AND CERTIFICATE |
| Defendants. ) | OF SERVICE |
| ) | |
| ) | Trial Date:  October 11, 2006 |

PLAINTIFF'S MOTION RE USE OF DEFENSE EXPERT'S
TESTIMONY ON INFORMED CONSENT

Plaintiff Dawn Cooper hereby moves this Honorable Court for a ruling on her use of defense expert F. Don Parsa, M.D.'s opinion on the issue of informed consent.

This Motion is brought pursuant to Rules 7 and 26 of the Federal Rules of Civil Procedure and the grounds for this motion, as more particularly appear in the memorandum of law attached hereto and incorporated herein by reference, are:

    A.    Defendant Kevin W. Dieffenbach, M.D.'s expert, F. Don Parsa, M.D. ("Dr. Parsa"), was identified as an expert witness pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure ("FRCP").

    B.    Defendant provided Plaintiff with a copy of Dr. Parsa' report and Curriculum Vitae during discovery and in anticipation of trial pursuant to FRCP Rule 26(a)(2)(B).

    C.    Although the Hawaii court has adopted the patient oriented standard in informed consent cases, expert testimony will ordinarily be required to establish the "materiality" of the risks, which requisite foundation can be established by defendant's expert's testimony.

    D.    Dr. Parsa provided opinions on the issue of informed consent and testified at length in his deposition taken on May 6, 2005 regarding the materiality of the risks.

For the foregoing reasons, Plaintiff Dawn Cooper respectfully submits her request for a ruling in her favor which would allow her to utilize the opinions of Dr. Parsa at trial.

DATED: Honolulu, Hawaii, July 12, 2006

      /s/ Joy S. Omonaka
JOHN S. EDMUNDS
JOY S. OMONAKA

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following counsel, at his last known address, by hand delivery on July 12, 2006:

JEFFREY S. PORTNOY, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

Attorney for Defendant
KEVIN W. DIEFFENBACH, M.D.

DATED:  Honolulu, Hawai`i, July 12, 2006.

      /s/  Joy S. Omonaka
JOHN S. EDMUNDS
JOY S. OMONAKA

Attorneys for Plaintiff