# cades schutte

April 14, 2005

**Jeffrey S. Portnoy**
Direct Line: (808) 521-9221
Direct Fax: (808) 540-5040
E-mail: jportnoy@cades.com

| John S. Edmunds, Esq.<br>Edmunds & Verga<br>841 Bishop Street, Suite 2104<br>Honolulu, HI 96813 | Thomas Helper, Esq.<br>Assistant U.S. Attorney<br>Room 6-100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850-6100 |
|---|---|

Re:   Cooper v Dieffenbach, CV 03-00595 (USDC)

Dear John and Thomas:

Enclosed please find the report of Dr. Dieffenbach's expert, Dr. Don Parsa, as well as his Curriculum Vitae.

John, as we discussed during Dr. Crabtree's deposition today, please let me know when you would like to take Dr. Parsa's deposition.

Very truly yours,

Jeffrey S. Portnoy
for
CADES SCHUTTE
A Limited Liability Law Partnership

JSP/lss
Encls



Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Tel: 808.521-9200
Fax: 808.521-9210
www.cades.com

Kona Office
75-170 Hualalai Road, Suite 303
Kailua Kona, Hawaii 96740
Tel: 808.329-5811
Fax: 808.326-1175

# F. Don Parsa, M.D., F.A.C.S., Inc.
## Certified American Board of Plastic Surgery

COOPER v DIEFENBACH                                    April 7, 2005

I have reviewed the copies of the medical records and depositions related to the care provided to Ms. Cooper by Dr. Dieffenbach as well as by Dr. Crabtree.

Ms. Cooper initially saw Ms. Cooper on June 19, 2001 for symptomatic large breasts. During the preoperative visit, she was provided consent forms to read and Dr. Dieffenbach reviewed the procedures with her and all her questions and concerns were answered.

Ms. Cooper underwent breast reduction on July 16, 2001 with removal of relatively large amounts of breast tissue (Right 820 gms and Left 820 gms) from each breast.

After surgery Ms. Cooper developed tissue ischemia and eventually full-thickness necrosis of breast tissues that required treatment and revisions.

What follows are my opinions regarding the management of this woman:

1.  Ms. Cooper was provided an informed consent that is quite complete without neglecting any aspect of the procedure and therefore it meets the standard of care.

2.  The operative report indicates that Ms. Cooper's breast reduction of July 16, 2001 was well executed according to the standards of care.

3.  Review of the records indicate that Ms. Cooper's complications were properly handled and meet the standard of care.

4.  It is well known that smoking does adversely affect the outcome in patients undergoing such operations and it is likely that smoking may have contributed or even caused this patient's complications. However such complications could also occur in non-smokers.

F. Don Parsa, M.D.,F.A.C.S.
Professor of Surgery,
Chief of Plastic Surgery Division,
University of Hawaii,
John A. Burns School of Medicine.
Chief of Plastic Surgery,
Queen's Medical Center.

Queen's Physician's Office Building II • Suite 807 • 1329 Lusitana Street • Honolulu, Hawaii 96813
By Appointment : (808) 526-0303 • If No Answer : (808) 524-2575
FAX: (808) 536-8836

1

April , 2005

## CURRICULUM VITAE

| | |
|---|---|
| **NAME:** | Fereydoun Don Parsa, M. D.,F.A.C.S. |
| **ADDRESS:** | Queen's Physicians' Office Building II<br>1329 Lusitana Street<br>Suite 807<br>Honolulu, Hawaii 96813 |
| **PHONE: Office** | (808) 526-0303 |
| **Cellular** | (808) 225-0012 |
| **Home** | (808) 396-0070 |
| **FACSIMILE:** | (808) 536-8836 |
| **E-MAIL:** | fdparsa@yahoo.com |
| **BIRTHDATE:** | May 20, 1942 |
| **CITIZENSHIP:** | USA |
| **MARITAL STATUS:** | Married |
| **WIFE:** | Touri |
| **CHILDREN:** | Natalie, Alan, Sean |

**PRESENT POSITION:**

1) Professor of Surgery and Chief of the Division of Plastic Surgery. University of Hawaii, John A. Burns School of Medicine.
2) Chief of Plastic Surgery Division , The Queen's Medical Center
3) Active private practice of Plastic Surgery at: Queen's Physicians' Office Building, 1329 Lusitana Street, Suite 807 Honolulu, Hawaii 96813

**ACADEMIC BACKGROUND:**
High School: Geneva, Switzerland
Degree: Maturite Federale Suisse     Graduation date: 1961

**UNIVERSITY:**
Lausanne University, Lausanne, Switzerland
Degree:  B.S.     Graduation date: 1962

**MEDICAL EDUCATION:**
Lausanne Medical School, Lausanne, Switzerland
Degree: M.D.     Graduation date: 1969

F. Don Parsa, M.D.,F.A.C.S.

| | | |
|---|---|---|
| **PROFESSIONAL EXPERINCE:** | Michael Reese Hospital, Chicago, Illinois | |
| | Internship: | Date: July 1970- June 1971 |
| | | |
| **RESIDENCY:** | University of California Los Angeles (UCLA), California | |
| | Type: General Surgery | Date: July 1971 – June 1975 |
| | | |
| | Baylor Affiliated Hospitals Residency Program, Houston,Texas. | |
| | Type: Plastic Surgery | Date: 1977- June 1979 |

**FELLOWSHIPS:**   Baylor College of Medicine, Texas Heart Institute, Houston, Texas
Type:  Cardiovascular and Microvascular Surgery
Date:  June 1975 – June 1977
Clinique Bellevedere and Hopital Foch with Professor Paul
 Tessier. Paris, France.
Type:  Plastic Surgery, Aesthetic Surgery, Craniofacial Surgery.
Date:   June 1980 – January 1981

| | | |
|---|---|---|
| **HOSPITAL MEMBERSHIP:** | Queen's Medical Center | Active Staff |
| | St. Francis Medical Center | Courtesy Staff |
| | Kuakini Medical Center | Courtesy Staff |
| | Kapiolani Medical Center for Women and Children | Courtesy Staff |
| | | |
| **LICENSES:** | Hawaii: 2910 | Date: 1976 |
| | California: A 029349 | Date: 1975 |
| | | |
| **BOARD CERTIFICATION:** | American Board of Surgery Cert. # 21858 | Date: June 1976 |
| | American Board of Plastic Surgery Cert. #2304 | Date: May, 1980 |

2

F. Don Parsa, M.D.,F.A.C.

## CURRENT BOARD MEMBERSHIPS:

1. Board of Medical Examiners, Department of Commerce and Consumer Affairs. Appointed by Governor Linda Lingle May 2004 to present.

2. John A. Burns Medical School Steering Board. Chaired by Dean Ed. Cadman. 2003 to present.  Among Board members: Ex-Governors Aryoshi and Cayetano.

3. Board of the Friends of Medical School. Chaired by Judge James Burns 2003-2004 and by Beatie Kanahele Dawson 2004 to present.

4. Board of Aloha Medical Mission: 2004 to present.

**PROFESSIONAL**
**SOCIETY**
**MEMBERSHIPS:**

Hawaii Medical Association
Honolulu County Medical Society
American Medical Association
Pan Pacific Surgical Association
American Society of Plastic & Reconstructive Surgery
Hawaii Plastic Surgery Society
Northwest Society of Plastic Surgeons

**University of Hawaii,**
**John A. Burns School**
**Of Medicine,**
**Teaching Awards:**

Annual Students' Excellence in Teaching Award 1982

Annual Residents' Excellence in Teaching Award,
University of Hawaii Integrated Surgical Residency 1983

Annual Students' Excellence in Teaching Award 1989

Annual Students' Excellence in Teaching Award 1993

3

F. Don Parsa, M.D., F.A.C.S.

**HONORS AND**
**AWARDS:**

Annual Essay Award
   American VA Surgeon Association,
   1974
Annual Investigator Award
   American Society of Plastic and Reconstructive  Surgery
    1977
Annual Grant Award
    American Society of Plastic and Reconstructive Surgeons,
   1977
Annual Scholarship Contest Award
   American Society of Plastic and Reconstructive Surgeons,
   1981

Hawaii Medical Association Candidate for
   American Medical Association for William Beaumont
   Annual Award,
   1983

Alpha Omega Alpha Honor Medical Society
    University of Hawaii - John A. Burns School of Medicine,
   1986
Recognition Award by the House of Representatives of the
State of Hawaii for voluntary medical mission to the Philippines,
   1986
   Annual Guest Speaker
   Graduating Class of the University of Hawaii –
   John A. Burns School of Medicine,
   May 1986
Annual Recognition Award
   American Cancer Society,
   1987
Recognition Award by the House of Representatives of the
State of Hawaii for voluntary medical mission to the Philippines,
   1988
Chief of Plastic Surgery, Queen's Medical Center,
   1984-1989

4

F. Don Parsa, M.D., F.A.C.S.

Annual Guest Speaker
    Graduating Class of the University of Hawaii -
    John A. Burns School of Medicine,
    May, 1989
Recognition Award by the House of Representatives of the
State of Hawaii for voluntary medical mission to the Philippines,
    1990

Chief of Surgery Department - The Queens Medical Center,
    1992- 1994
    President
    Hawaii Plastic Surgery Society,
    1998-2000

Chief of Plastic Surgery Department –
The Queen's Medical Center,
    1988-present.
Honorary Co-Chairman
    Physicians' Advisory Board of the National Republican
    Congressional Committee,
    2002

Nominated for the position of President of the Honolulu County
    Medical Society and Hawaii Medical Association on
    many occasions since 1988 and declined.

Chairman  of the Nominating Committee of the Hawaii Medical
    Association 2000 to present.

Physician of the Year Award 2004, Hawaii Medical Association

**MEDICAL MISSIONS:**    Aloha Medical Mission to Vigan, Philippines,
    December, 1985
Aloha Medical Mission to Palawan, Philippines
    December, 1987
Aloha Medical Mission to Batangas, Philippines.
    November, 1989

F .Don Parsa, M.D.,F.A.C.S.

Aloha Medical Mission to Cebu, Philippines,
November 1989
Aloha Medical Mission to Guongdang Province,
Shantou City, China,  November 1991
Aloha Medical Mission to Guongdang Province
Guangzhou, China      1994

## VOLUNTEER AND SERVICE ACTIVITES:

1)    Member, Skin Cancer-Melanoma Committee, Honolulu, 1981-1988.

2)    Member, Melanoma Tumor Board, Honolulu, 1982 –1988.

3)    Member, Public Relations Committee, Honolulu County Medical Society, 1981-1982.

4)    Alternative delegate of Honolulu County Medical Society of Hawaii, 1983.

5)    Member, Children with Special Needs Branch, State of Hawaii, 1991- Present.

6)    Member, Crippled Children Committee, Hawaii Medical Association, 1983-1985.

7)    Volunteer, personal services community-based  cancer control program :
Program Skin Cancer –Melanoma, 1981-1982.

8)    Member, Honolulu County Medical Society Medical Practice Committee,  1984-1988.

9)    Member, Board of  Governors, Honolulu County Medical Society, 1985-1986.

10)   Chairman, Plastic Surgery Credentials Committee, Queen's Medical Center 1984-1988.

11)   Chairman, Surgical Activities Review, Queen's Medical Center, 1989- 1991.

6

F. Don Parsa, M.D.,F.A.C.S.

12)     Member, Executive Committee, Department of Surgery, University of Hawaii, John A. Burns School of Medicine, 1981- present

13)     Member, Board of Directors, Aloha Medical Mission, 1988, 1989.

14)     Councilor from Honolulu County Medical Activities to Hawaii Medical Association, 1988-1994.

15)     Associate Chief, Department of Surgery, Queen's Medical Center, 1988-1992.

16)     Member, Medical Advisory Committee, State of Hawaii, Board of Medical Examiners, 1989-1993.

17)     Chairman, Peer Review Committee, Honolulu County Medical Society, 1991-1994.

18)     Chairman, Surgical Activities Review, Queen's Medical Center, 1989-1993.

19)     Consultant, Plastic Surgery, Tripler Army Medical Center, 1984-2000

20)     Director at Large, American Cancer Society, 1990-1993.

21)     Chief, Department of Surgery, Queen's Medical Center, 1992-1994.

22)     Chairman, Professional Educational Committee, American Cancer Society, Hawaii Division, 1994-1996.

23)     Member, Board of Directors, Aloha Medical Mission, 1994-1996.

24)     Chairman, Investigative Committee, Hawaii Medical Association, 1996-1999.

25)     Member, Board of Directors, American Cancer Society, 1994 -1998

26)     Vice-President and President-elect, Hawaii Plastic Surgery Society, 1996-1997.

27)     President, Hawaii Plastic Surgery Society, 1998-2000.

28)     Chairman, Peer-Review Committee, Hawaii Medical Association, 2000- present.

7

F. Don Parsa, M.D., F.A.C.S.

29)    Chairman, Ohana Committee, Honolulu County Medical Society, 2000-2002.

30)    Chief of Plastic Surgery, Queen's Medical Center, 2000 to present.

31)    Chairman , Nominating Committee, Hawaii Medical Assiciation, 2000-present

32)    Chairman, Nominating Committee, Physician of the Year Award, Hawaii Medical
       Association, 2000-present.

## BIBLIOGRAPHY:

1)    Parsa, F.D.; Wilson, S.E., " BLEEDING DIVERTICULOSIS IN PATIENTS ON ORAL ANTI-
      COAGULANTS", Am. J. Surg., 127- :708, 1974.

2)    Hermosillo, C.X.;Parsa, F.D.; Gordon, H.E.; Wilson, S.E., " INFECTIBILITY OF DACRON
      VS. BOVINE GRAFTS BY INDUCED STAPHYLOCOCCUS BACTEREMIA", Surg. Forum, 25:256,
      1974

3)    Parsa, F.D.; Gordon, H.E.;Wilson, S.E., "BLEEDING DIVERTICULOSIS OF THE COLON",
      Dis. Col. & Rect., 18:37, 1975.

4)    Wilson,S.E.; Parsa, F.D.; Gordon, H.E., "EXPERIMENTAL INFECTION ON DACRON AND
      BOVINE GRAFTS", J. Surg. Res., 18:22,1975.

5)    Parsa, F.D.;Passaro, E. Jr., " SIGMOIDOVESICOCUTANEOUS FISTULA COMPLICATING
      DIVERTICULAR DISEASE OF THE COLON" Am.J. Surg.,132-105,1976

6)    Parsa,F.D.;Owens, M.D.; Wilson, S.E. "ARTERIOVENOUS FISTULA COMPLICATING USE
      OF FOGARTY CATHETER", Vasc. Surg., 10:64, 1976.

7)    Parsa, F.D.;Gordon, H.E.;Wilson,S.E., " EXPERIMENTAL INFECTION OF DACRON AORTIC
      GRAFT IN DOGS", Vasc. Surg.,10:64, 1976

8)    Parsa, F.D.;Hallman, G.L., "AUTOGENOUS INTERNAL ILIAC ARTERY IN THE TREATMENT
      OF RENOVASCULAR HYPERTENSION IN CHILDREN", CV Dis. 3:296, 1976.

8

F. Don Parsa, M.D., F.A.C.S.

9)    Parsa, F.D.; Spira,M., " CONSTRUCTION OF A SIMPLE MICROVASCULAR  CLAMP FOR USE IN THE LABORATORY", Plast, & Reconstr. Surg., 59:926, 1978.

10)   Parsa,F.D., Spira,M., "EXPERIMENTAL ESOPHAGEAL RECONSTRUCTION IN RATS WITH A FREE GROIN FLAP", Plast. & Reconstr. Surg. 62:271,1978.

11)   Parsa, F.D.;Spira,M., " A SAFE ANESTHETIC FOR RABBITS, USING METHOXYFLURANE", Plast. & Reconstr. Surg., 62:594, 1978.

12)   Parsa, F.D.; Spira, M., "EXPERIMENTAL EVALUATION OF AUTOGENOUS VEIN MICROSURGERY", 1:36, 1979.

13)   Spira, M.;Parsa, F.D., " A NEW TECHNIQUE FOR GRAFTING IN A  VASCULAR  AREAS", Plast. & Reconstr. Surg., 63:4, 1979.

14)   Parsa, F.D.; Spira, M. "EVALUATION OF ANASTOMOTIC TECHNIQUES  TRANSFER OF EXPERIMENTAL SKIN FLAPS":, Plast. & Reconstr. Surg., 63:5, 1979.

15)   Parsa, F.D.; Spira, M., " EXPERIMENTAL EVALUATION ON TWO-LAYER  ANASTOMOSIS IN MICROARTERIAL SURGERY", Brit., J. Plast. Surg., 32:325, 1979.

16)   Erol,O.O.; Parsa, F.D.; Spira,M., " A MASTOPEXY TECHNIQUE FOR  MILD TO MODERATE PTOSIS", Plast. Surg. Forum 2:68, 1979

17)   Erol, O.O.;Parsa, F.d.;Spira, M., "THE USE OF  SECONDARY ISLAND FLAP GRAFT IN THE RECONSTRUCTION OF BURNED EARS". PLAS. SURG. FORUM, 3:29, 1980

18)   Parsa, F.D., "Effect of Tension on Skin Flap Survival", University of Texas Eight Annual Conference, VIII, 15, 1979.

19)   Para, F.D.; Katz, D.; Spira,M., " EVALUATION OF EFFECT OF TENSION ON MICROVASCULAR ANASTOMOSES", Int. J. Microsurgery, 3:221, 1981.

20)   Parsa, F.D., " REPAIR OF CIRCUMFERENTIAL DEFECTS OF THE CERVICAL ESOPHAGUS AND OF THE CERVICAL THRACEA" Plast. Surg. Forum, Vol. IV:25, 1981

21)   Erol, O.O.; Parsa,F.D.;Spira,M., " BURNED EAR RECONSTRUCTION", Brit.J. Plast. Surg.,34:417, 1982.

22)   Yucel,E.; Spira,M. ;Parsa,F.D., " A MODIFIED GLUTEUS MAXIMUS  MUSCULOCUTANEOUS FREE FLAP BASED ON THE INFERIOR  GLUTEAL VESSELLS", Annal of Plast. Surg. Vol. II, 4:344, Oct., 1983.

9

F. Don Parsa, M.D., F.A.C.S.

23)    Stal,S.;Parsa, F.D.; Spira,M., "SECONDARY ISLAND COMPOSITE FLAP: AN EXPERIMENTAL STUDY IN EAR RECONSTRUCTION", Annals of Plast. Surg., 75:782, 1985.

24)    Yamanaka,M.: Parsa,F.D, "COMPRESSION NEUROPATHY FROM MUSCLE FIBROSIS INDUCED BY REPEATED MEPERIDINE INJECTIONS", Plast. & Reconstr. Surg. 75:782, 1985.

25)    Parsa, F.D. "VITAMIN E: FACTS AND FALLACIES" Plast. & Reconstr. Surg., 81(2):300, 1998.

26)    Parsa, F.D., "DISPLACED INFRAMAMMARY FOLD AFTER MEME BREAST AUGMENTATION", Plast. & Reconstr. Surg., 81(4):643, 1988.

27)    Parsa, F.D., " AN EXPERIMENTAL FLAP MODEL", Microsurgery, 9:21, 1988.

28)    Parsa, F. D., " SEBACEOUS GLAND CARCINOMA OF THE EYELIDS IN HAWAII", Hawaii Med. J., 165:48, 1989.

29)    Parsa, F.D.; Sickenberg, M., "LYMPHEDEMA OF THE FACE", Annal of Plast. Surg. 23:178, 1989.

30)    Parsa, F.D., " BREAST CAPSULOPEXY FOR CAPSULAR PTOSIS AFTER AUGMENTATION MAMMOPLASTY", Plast. & Reconstr. Surg. 85:809, 1990.

31)    Parsa, F.D., " NASAL AUGMENTATION WITH SPLIT CALVARIAL GRAFTS IN ORIENTALS", Plast. & Reconstr. Surg., 87:245, 1991.

32)    Parsa, F.D., " OBSERVATIONS WITH THE USE OF TEXTURED TISSUE EXPANDERS IN BREAST RECONSTRUCTION" , Plast. & Reconstr. Surg., 87:1142, 1991.

33)    Parsa, F.D., "INTRAORAL VS. INTRANASAL APPROACH TO LATERAL OSTEOTOMY", Plast. & Reconstr. 90:341, 1992.

34)    Guo,H.:Acevedo,P.;Parsa,F.D.;Bertram,J., " GAP JUNCTIONAL PROTEIN CONNEXIN 43 AS EXPRESSED IN DERMIS AND EPIDERMIS OF HUMAN SKIN : DIFFERENTIAL MODULATION BY RETINOIDS", J. Invest. Dermatol., 99:460, 1992.

35)    Brown,M.;Parsa, F.D., "SHAVE EXCISION OF FACIAL TUMORS IN TUBEROUS SCLEROSIS." Hawaii Med. J., 55;12, 1996.

36)    Parsa, F.D. , " BREAST RECONSTRUCTION WITH MYOCUTANEOUS FLAPS IN PREVIOUSLY IRRADIATED PATIENTS." Plast. & Reconstr. Surg., 98:1086, 1996.

F. Don Parsa, M.D., F.A.C.S.

37)    Parsa, F.D., Book Chapter in " AESTHETIC SURGERY IN ASIAN MALE". Male Aesthetic Surgery. Butterworth-Heinemann, 1996.

38)    Parsa, F.D., Roach, M.D., " A CASE REPORT ON SPONTANEOUS RETURN OF LEVATOR FUNCTION FOLLOWING POST-CATARACT BLEPHAROPTOSIS REPAIR". Annals of Plast. Surg. ; 37:638, 1996.

39)    Parsa, F.D, et al. "LOWER EYELID HERNIA REPAIR FOR PALPEBRAL BAGS:   A COMPARATIVE STUDY". Plast. & Reconstr. Surg., 102:2459, 1998.

40)    Parsa, F.D., "HOW TO AVOID EYELID PTOSIS WHEN INJECTING BOTULINUM TOXIN (BOTOX).
       .Plast. & Reconstr. Surg.,     105:1564, 2000.

41)    Honnebeir, B., Parsa, F.D., "CLOSURE OF PALATE FISTULA". Cleft Palate-Craniofacial Surg. Journ. 37:127, 2000.

42)    Parsa, F.D., Wolff, D. Parsa, N.,Elahi, E. " EYELID PTOSIS REPAIR AFTER CATARACT EXTRACTION AND THE IMPORTANCE OF HERING'S TEST". Plast. & Reconstr. Surg. 108:1527, 2001.

43)    Parsa, F.D. " FIBROUS RING PULLS PLUG ON SALINE FILLED IMPLANTS. CORRESPONDENCE". Plast. & Reconstr. Surg. 109:2157, 2002.

44)    – Puggioni, A., Parsa, F.D. "IS PRE-MEDICATION REQUIRED FOR OPERATIONS UNDER LOCAL ANESTHESIA". Plast. & Reconstr. Surg. 110:1370, 2002.

45)    Maida, M., Wong, D., Parsa, N., Parsa, F.D. "KIMURA'S DISEASE OF THE EARLOBE". Hawaii Medical Journal. Hawaii Medical Journal. 6:35, 2003.

46)    Parsa, F. D., Hsu, A, Parsa, N. "LATE EXTRUSION OF SALINE PROSTHESES AFTER AESTHETIC BREAST AUGMENTATION". Plast. & Reconstr. Surg. 113: 1270, 2004.

47)    Johnson, W., Parsa, F.D., Parsa, N.N. "BREAST RECONSTRUCTION WITH IMPLANTS AFTER MASTECTOMY IN IRRADIATED PATIENTS". Submitted to PRS in September 2005.

48)    Brickman, M., Parsa, N.N., Parsa, F.D. "LATE HEMATOMA AFTER BREAST AUGMENTATION". Aesth. Plast. Surg. 28: 80, 2004.

11

F. Don Parsa,M.D., F.A.C.S.

49)    Brickman, M., Parsa, A.A., Parsa, F.D., "MYCOBACTERIUM CHELONEAE
       INFECTION   AFTER BREAST AUGMENTATION". Aesth. Plast. Surg. March 10, 2005.

50)    Parsa, F.D., Wong, J., Chang, K.K., Parsa, N.N.  Upper blepharoplasty without muscle
       resection: a comparative study. To be  Submitted to PRS in July 2004.

51)    Parsa, F.D., Brickman, M., Parsa, A.A.  Breast Augmentation/ Mastopexy. Accepted for
       publication in Plastic and Reconstructive Journal, June 2004.

**Papers Presented: (Since 1999)**

(1)*Lower Eyelid Hernia Repair for Palpebral Bags.*
    Northwestern Plastic Surgery Society
    January 1999.

(2)*Capsulapalpebral Fascia Repair in Lower Blepharoplasty.*
    International Society of Plastic Surgery –
    Istanbul, Turkey
    August 1999.

(3)*Eyelid Ptosis Repair, Post-Cataract Surgery.*
    Rocky Mountain Association of Plastic and Reconstructive
    Surgeons - 14th Annual Scientific Meeting
    Princeville, Kauai
    February 2000

(4)*Endoscopic Forehead and Brow Lift.*
    Queen's Medical Center's Meeting
    Whistler, Canada
    March 2002

(5)*Breast Reconstruction after Radiation Treatment.*
    Annual Meeting of Northwest Society of Plastic Surgeons
    Hapuna Beach, Hawaii
    February 2003

(6)*Advanced Techniques of Botox Injection.*
    Annual Meeting of Northwest Society of Plastic Surgeons
    Hapuna Beach, Hawaii
    February 2003.

(7)*Lower Blepharoplasties without Fat Resection.*
    Annual Meeting of Northwest Society of Plastic Surgeons
    Hapuna Beach, Hawaii . February 2003.

F. Don Parsa, M.D., F.A.C.S.

**Papers Presented (continued):**

12

(8)*Late Saline Implant Extrusion after Aesthetic Breast Augmentation.*
> Annual Meeting of Northwest Society of Plastic Surgeons
> Hapuna Beach, Hawaii
> Presented by Co-Author, Andrew Hsu, M.D.
> February 2003

(9)*Delayed Breast Reconstruction.*
> Breast Cancer Symposium, Straub Foundation
> Ilikai Hotel - Honolulu, Hawaii
> October 2, 2003.

Rev: April, 2005

13