IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAWN COOPER, | ) | CIVIL NO. 03-00595 SPK/LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF JOY S. |
| | ) | OMONAKA |
| vs. | ) | |
| | ) | |
| KEVIN W. DIEFFENBACH, M.D. and | ) | |
| DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DECLARATION OF JOY S. OMONAKA

1.      I am an attorney duly licensed to practice law in the State of Hawaii and am one of the attorneys for the above-named plaintiff.  I have personal knowledge of the facts stated herein except for those stated on information and belief and, as to those, I believe them to be true after reasonable inquiry.

2.      Attached hereto as Exhibit A are true and correct copies of the written report of Dr. Don Parsa dated April 7, 2005 and Dr. Parsa's Curriculum Vitae, along with the transmittal from Defendant's counsel to counsel for the parties dated April 14, 2005.

3.      Attached hereto as Exhibit B is a true and correct copy of the excerpts of the transcript of the deposition of Don Parsa taken on May 6, 2005.

4.      Plaintiff compensated Dr. Parsa initially in the amount of

$1,000.00 on the day of his deposition.  After receiving an invoice from Dr. Parsa

for the remaining balance owed for his time in deposition, Plaintiff paid an

additional $820.00 on June 15, 2005, for a total payment to Dr. Parsa of

$1,820.00.

       5.    I declare under penalty of perjury that the foregoing is true and

correct to the best of my knowledge.

       Executed on July 12, 2006.


       /s/  Joy S. Omonaka
       JOY S. OMONAKA