# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/03/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00595SPK-LEK |
| CASE NAME: | Dawn Cooper vs. Kevin W. Diffenbach, M.D., et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 08/03/2006 | TIME: | |

COURT ACTION:  EO:  Parties are in agreement to continue the trial date and certain deadlines. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on December 5, 2006 at 9:00 a.m. before SPK
2. Final Pretrial Conference on October 24, 2006 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by October 17, 2006
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **N/A**
8a. File Motions in Limine by November 14, 2006
8b. File opposition memo to a Motion in Limine by November 21, 2006
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline October 6, 2006
13. Settlement Conference set for **on call**  before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by November 21, 2006
21. File Final witness list by November 14, 2006
24. Exchange Exhibit and Demonstrative aids by November 7, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 14, 2006

26. File objections to the Exhibits by November 21, 2006
28a. File Deposition Excerpt Designations by November 14, 2006
28b. File Deposition Counter Designations and Objections by November 21, 2006
29. File Trial Brief by November 21, 2006
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.


Submitted by: Warren N. Nakamura, Courtroom Manager


CIVIL NO. 03-00595SPK-LEK;
Dawn Cooper vs. Kevin W. Diffenbach, M.D., et al.;
Rule 16 Scheduling Conference Minutes
08/03/2006