IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER,<br><br>       Plaintiff,<br><br>   v.<br><br>KEVIN W. DIEFFENBACH, M.D. and DOES 1-10,<br><br>       Defendants. | CIVIL NO. 03-00595 SPK LEK<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following individuals by depositing same in the United States mail, postage prepaid, addressed as follows:

John S. Edmunds
Joy S. Omonaka
841 Bishop Street, Suite 2104
Honolulu, Hawaii 96813
Attorneys for Plaintiff Dawn Cooper

DATED: Honolulu, Hawaii, August 3, 2006.

CADES SCHUTTE
A Limited Liability Law Partnership

_____
JEFFREY S. PORTNOY
CHRISTIAN K. ADAMS
Attorneys for Defendant
Kevin W. Dieffenbach, M.D.

ImanageDB:662864.2