## Michele Noguchi

**From:** John Edmunds
**Sent:** Tuesday, July 26, 2005 8:10 PM
**To:** 'jportnoy@Cades.com'
**Cc:** Joy Omonaka; Michele Noguchi
**Subject:** Cooper v. Diefenbach

To: Jeff Portnoy
From: John Edmunds

    This confirms our telephone call of this morning: we will not be calling Roger Greenberg, M.D. as an expert witness on any issue in our case in chief. Further, except for seeking to introduce the testimony of your expert, F. Don Parsa, M.D., we do not intend to call any other medical expert on the issues of standard of care, breach of the standard of care and/or the issue of materiality as it pertains to informed consent.

    As you and I also discussed, we will be filing our motion for leave to file a first amended complaint, based on diversity of citizenship. That motion will be filed shortly.

                                              Sincerely yours,

                                              John Edmunds

7/27/2005