IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, ) | CIVIL NO. 03-00595 SPK/LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF JOY S. |
| ) | OMONAKA |
| vs. ) | |
| ) | |
| KEVIN W. DIEFFENBACH, M.D. and ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF JOY S. OMONAKA

1. I am an attorney duly licensed to practice law in the State of Hawaii and am one of the attorneys for the above-named plaintiff. I have personal knowledge of the facts stated herein except for those stated on information and belief and, as to those, I believe them to be true after reasonable inquiry.

2. Attached hereto as Exhibit C is a true and correct copy of the Letter from John S. Edmunds to Jeffrey S. Portnoy dated June 17, 2005.

3. Attached hereto as Exhibit D is a true and correct copy of the Letter from Jeffrey S. Portnoy to John S. Edmunds dated June 20, 2005.

4. Attached hereto as Exhibit E is a true and correct copy of the Email message from John Edmunds to Jeff Portnoy dated July 26, 2005.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 17, 2006.

/s/ Joy S. Omonaka
JOY S. OMONAKA