# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00595SPK-LEK |
| CASE NAME: | Dawn Cooper vs. Kevin W. Diffenbach, M.D., et al. |
| ATTYS FOR PLA: | John S. Edmunds |
| ATTYS FOR DEFT: | Jeffrey S. Portnoy<br>Christian Adams |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 8/28/2006 | TIME: | 1:03-1:36 |

COURT ACTION:  EP: Plaintiff's Motion Re: Use of Defense Experts' Testimony on Informed Consent - Arguments heard.

Oral Motion to Re-Depose Dr. Diffenbach made.

Motions taken under Advisement.  Court to issue Order.

Status Report to be made to the Court by 9/11/06.

Submitted by: Warren N. Nakamura, Courtroom Manager