EDMUNDS &VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS     734-0
jedmunds@ev-law.com
JOY S. OMONAKA     5709-0
jomonaka@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone:  (808) 524-2000
Facsimile:   (808) 528-3585

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, | CIVIL NO. 03-00595 SPK/LEK |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S STATUS REPORT RE NEW EXPERT |
| vs. | |
| KEVIN W. DIEFFENBACH, M.D. and DOES 1-10, | |
| | Trial Date:  October 11, 2006 |
| Defendants. | |

STIPULATION AND ORDER TO EXTEND DEADLINE
FOR PLAINTIFF'S STATUS REPORT RE NEW EXPERT

IT IS STIPULATED AND AGREED, by and between Plaintiff Dawn

Cooper and Defendant Kevin W. Dieffenbach that Plaintiff may have an extension

C:\Data\CLIENTS\Cooper\070.wpd

of time, from September 11, 2006 through September 25, 2006, within which to file her status report re Plaintiff's new expert witness.

DATED: Honolulu, Hawai`i, September 11, 2006.

_____
JOHN S. EDMUNDS
JOY S. OMONAKA

Attorneys for Plaintiff
DAWN COOPER

_____
JEFFREY S. PORTNOY, ESQ.

Attorney for Defendant
KEVIN W. DIEFFENBACH, M.D.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

_____
Dawn Cooper Vs. Kevin W. Dieffenbach, M.D., et al.
Civil No. 03-00595 SPK/LEK

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S STATUS REPORT RE NEW EXPERT