# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 03-00595SPK-LEK

CASE NAME:     Dawn Cooper vs. Kevin W. Dieffenbach, M.D., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Leslie E. Kobayashi          REPORTER:

DATE:     09/27/2006                    TIME:

COURT ACTION:  EO:    Before the Court is Plaintiff Dawn Cooper's ("Plaintiff") Motion re Use of Defense Expert's Testimony on Informed Consent, filed on July 12, 2006 ("Motion").  Defendant Kevin W. Dieffenbach, M.D. ("Defendant") filed his memorandum in opposition to the Motion on August 3, 2006 and Plaintiff filed her reply on August 17, 2006.  This matter came on for hearing on August 28, 2006.  John Edmunds, Esq., appeared on behalf of Plaintiff and Jeffrey Portnoy, Esq., and Christian Adams, Esq., appeared on behalf of Defendant.  Plaintiff's Motion is HEREBY DENIED.  The Court will issue a written order.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager