EDMUNDS &VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS   734-0
jedmunds@ev-law.com
JOY S. OMONAKA   5709-0
jomonaka@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone:  (808) 524-2000
Facsimile:   (808) 528-3585

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, | CIVIL NO. 03-00595 SPK/LEK |
| Plaintiff, | STATUS REPORT TO THE COURT RE OBTAINING NEW EXPERT WITNESS; AND CERTIFICATE OF SERVICE |
| vs. | |
| KEVIN W. DIEFFENBACH, M.D. and DOES 1-10, | |
| Defendants. | |
| | Trial Date:  December 5, 2006 |

STATUS REPORT TO THE COURT RE
<u>OBTAINING NEW EXPERT WITNESS</u>

Plaintiff Dawn Cooper hereby advises the Court regarding the retention of a new expert witness.  Since the hearing on Plaintiff's Motion Re Use of Defense Expert's Testimony On Informed Consent on August 28, 2006,

Plaintiff's counsel has researched one physician referral data base, contacted one physician referral source and one plastic surgeon.  At this time, Plaintiff reports that she has not yet been successful in retaining a new expert witness.

The parties have agreed to continue the final pretrial conference from October 24, 2006 at 9:00 a.m. to November 6, 2006 at 1:00 p.m.  The parties have also agreed to continue the trial date from December 5, 2006 to a date to be determined by the Court.

DATED:  October 16, 2006.

    /s/  John S. Edmunds
JOHN S. EDMUNDS
JOY S. OMONAKA

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following parties at their last known address, by U.S. Mail, postage prepaid, on October 16, 2006:

> JEFFREY S. PORTNOY, ESQ.
> CHRISTIAN K. ADAMS, ESQ.
> Cades Schutte
> 1000 Bishop Street, Suite 1200
> Honolulu, HI 96813
>
> Attorneys for Defendant
> KEVIN W. DIEFFENBACH, M.D.

DATED:  Honolulu, Hawai`i, October 16, 2006.

>           /s/  John S. Edmunds
>         JOHN S. EDMUNDS
>         JOY S. OMONAKA
>
>         Attorneys for Plaintiff
>         DAWN COOPER