EDMUNDS &VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS     734-0
jedmunds@ev-law.com
JOY S. OMONAKA     5709-0
jomonaka@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone:  (808) 524-2000
Facsimile:   (808) 528-3585

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| DAWN COOPER, | ) | CIVIL NO. 03-00595 SPK/LEK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | EXTENDING TIME WITHIN |
| vs. | ) | WHICH PLAINTIFF MAY FILE A |
| | ) | NOTICE OF APPEAL TO THE |
| KEVIN W. DIEFFENBACH, M.D. and | ) | DISTRICT COURT PURSUANT TO |
| DOES 1-10, | ) | L.R. 74.1 |
| | ) | |
| Defendants. | ) | |
| | ) | Trial Date:  December 5, 2006 |

STIPULATION AND ORDER EXTENDING TIME WITHIN
WHICH PLAINTIFF MAY FILE A NOTICE OF
<u>APPEAL TO THE DISTRICT COURT PURSUANT TO L.R. 74.1</u>

IT IS HEREBY STIPULATED by and between the parties hereto,

through their respective undersigned counsel, that Plaintiff Dawn Cooper

(hereinafter "Plaintiff") shall have a seven (7) day extension of time, through and

including Friday, October 27, 2006, within which to file and serve on opposing counsel a notice of appeal pursuant to LR 74.1 of the Order Denying Plaintiffs's Motion Re Use of Defense Expert's Testimony on Informed Consent issued by the Honorable Leslie E. Kobayashi, United States Magistrate Judge, on October 10, 2006.

This Stipulation is executed by all parties who have made an appearance herein.

DATED:  Honolulu, Hawai`i, October 20, 2006.

/s/  JOHN S. EDMUNDS
JOHN S. EDMUNDS
Attorney for Plaintiff
DAWN COOPER


/S/ JEFFREY PORTNOY
JEFFREY PORTNOY
Attorney for Defendant
KEVIN W. DIEFFENBACH, M.D.

APPROVED AND SO ORDERED:



 /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

---

Cooper v. Dieffenbach, et al.
Civil No. 03-00595 SPK/LEK
STIPULATION AND ORDER EXTENDING TIME WITHIN WHICH PLAINTIFF MAY FILE
A NOTICE OF APPEAL TO THE DISTRICT COURT PURSUANT TO L.R. 74.1