EDMUNDS &VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS      734-0
jedmunds@ev-law.com
JOY S. OMONAKA      5709-0
jomonaka@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone:  (808) 524-2000
Facsimile:   (808) 528-3585

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, ) | CIVIL NO. 03-00595 SPK/LEK |
| ) | |
| Plaintiff, ) | NOTICE OF APPEAL TO THE |
| ) | DISTRICT COURT PURSUANT TO |
| vs. ) | L.R. RULE 74.1 FROM THE |
| ) | ORDER OF MAGISTRATE-JUDGE |
| KEVIN W. DIEFFENBACH, M.D. and ) | KOBAYASHI DENYING |
| DOES 1-10, ) | PLAINTIFF'S MOTION RE USE OF |
| ) | DEFENSE EXPERT'S TESTIMONY |
| Defendants. ) | ON INFORMED CONSENT; |
| ) | STATEMENT IN SUPPORT OF |
| ) | NOTICE OF APPEAL; EXHIBIT A; |
| ) | DECLARATION OF JOHN S. |
| ) | EDMUNDS; AND CERTIFICATE |
| ) | OF SERVICE |
| ) | |
| ) | Trial Date:  December 5, 2006 |
| ) | |

NOTICE OF APPEAL TO THE DISTRICT COURT PURSUANT TO

L.R. RULE 74.1 FROM THE ORDER OF MAGISTRATE-JUDGE KOBAYASHI DENYING PLAINTIFF'S MOTION RE USE OF DEFENSE <u>EXPERT'S TESTIMONY ON INFORMED CONSENT</u>

Plaintiff, through her undersigned counsel, hereby appeals, pursuant to L.R. Rule 74.1, to the District Court, from the Order Of Magistrate-Judge Kobayashi Denying Plaintiff's Motion Re Use Of Defense Expert's Testimony On Informed Consent (hereinafter "Order").  For this Court's convenience, a copy of that Order is Exhibit A hereto.)

Although that Order was entered on October 10, 2006, on October 20, 2006, pursuant to a stipulation reached between opposing counsel, Magistrate-Judge Kobayashi extended for seven days, through and including October 27, 2006, the time within which Plaintiff could file and serve this notice of appeal pursuant to LR 74.1.  (For this Court's convenience, a copy of said Stipulation and Order is Exhibit B hereto).

This Appeal is based upon the records and files herein together with the Memorandum in Support of Notice of Appeal, attached hereto.

DATED:  Honolulu, Hawaii, October 27, 2006.

    /s/  JOHN S. EDMUNDS
JOHN S. EDMUNDS
JOY S. OMONAKA

Attorneys for Plaintiff