IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAWN COOPER, | ) | CIVIL NO. 03-00595 SPK/LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF JOHN S. |
| | ) | EDMUNDS |
| vs. | ) | |
| | ) | |
| KEVIN W. DIEFFENBACH, M.D. and | ) | |
| DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DECLARATION OF JOHN S. EDMUNDS

1.  I am an attorney duly licensed to practice law in the State of Hawaii and am one of the attorneys for the above-named plaintiff.  I have personal knowledge of the facts stated herein except for those stated on information and belief and, as to those, I believe them to be true after reasonable inquiry.

2.  Attached collectively hereto as Exhibit A are true and correct copies of photographs of Plaintiff's breast post-surgery.

3.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 27, 2006.

   /s/  JOHN S. EDMUNDS

JOHN S. EDMUNDS