<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was duly served on the following parties at their last known address as set forth below, on October 27, 2006:

| <u>MAILED</u> | HAND<br><u>DELIVERED</u> | |
|---|---|---|
| [ X ] | [    ] | JEFFREY S. PORTNOY, ESQ.<br>CHRISTIAN K. ADAMS, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>KEVIN W. DIEFFENBACH, M.D. |

DATED:  Honolulu, Hawaii, October 27, 2006.

    /s/  JOHN S. EDMUNDS
JOHN S. EDMUNDS
JOY S. OMONAKA

Attorneys for Plaintiff