EXHIBIT A TO STATEMENT IN SUPPORT OF NOTICE OF APPEAL