EDMUNDS & VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS         734-0
jedmunds@ev-law.com
JOY S. OMONAKA          5709-0
jomonaka@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone:  (808) 524-2000
Facsimile:  (808) 528-3585

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, ) | CIVIL NO. 03-00595 SPK/LEK |
| ) | |
| Plaintiff, ) | PLAINTIFF'S EX PARTE |
| ) | APPLICATION TO FILE EXHIBIT |
| vs. ) | UNDER SEAL; DECLARATION OF |
| ) | JOHN S. EDMUNDS |
| KEVIN W. DIEFFENBACH, M.D. and ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | TRIAL DATE:  December 5, 2006 |
| ) | |
| _____ ) | |

PLAINTIFF'S EX PARTE APPLICATION TO FILE EXHIBIT UNDER SEAL

Plaintiff Dawn Cooper respectfully submits her Application to this Court ex parte, pursuant to L.R. 7.2 and L.R. 7.6, for an order allowing Plaintiff to file, under seal, Exhibit A to her Notice of Appeal to the District Court Pursuant to L.R. Rule 74.1 from the Order of Magistrate-Judge Kobayashi Denying Plaintiff's Motion re Use of Defense Expert's Testimony on Informed Consent, which depict highly sensitive and extremely graphic images of the injuries suffered by Plaintiff herein.

This Application is based upon the Declaration of John S. Edmunds attached hereto and made a part hereof and the records and files herein.

DATED: Honolulu, Hawaii, October 27, 2006.

    /s/ JOY S. OMONAKA
JOHN S. EDMUNDS
RONALD J. VERGA
JOY S. OMONAKA

Attorneys for Plaintiff