IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER,<br><br>      Plaintiff,<br><br>vs.<br><br>KEVIN W. DIEFFENBACH, M.D. and DOES 1-10,<br><br>      Defendants. | CIVIL NO. 03-00595 SPK/LEK<br><br>DECLARATION OF JOHN S. EDMUNDS |

## DECLARATION OF JOHN S. EDMUNDS

1. I am an attorney licensed to practice law in the State of Hawai`i, and one of the attorneys for plaintiff Dawn Cooper. I have personal knowledge of the facts stated herein except for those stated on information and belief and, as to those, I believe them to be true after reasonable inquiry.

2. Exhibit A contains color copies of four photographs of Plaintiff Dawn Cooper's breast post-surgery. These photographs are of Plaintiff's exposed breasts and are extremely graphic, depicting dying or dead breast tissue. The photographs are excerpts of a series of photographs taken of Ms. Cooper's breast, post-surgery, and copies of same were provided to defense counsel in the course of discovery.

3. Due to the extremely graphic and highly sensitive nature of the subject matter depicted in the photographs, including the personal nature of same, Plaintiff Dawn Cooper respectfully requests that she be allowed to submit these photographs under seal as Exhibit A to her Notice of Appeal to the District Court

Pursuant to L.R. Rule 74.1 from the Order of Magistrate-Judge Kobayashi Denying Plaintiff's Motion re Use of Defense Expert's Testimony on Informed Consent.

    4.    I declare under penalty of law that the foregoing is true and correct.

Executed on October 27, 2006.

   /s/  JOHN S. EDMUNDS