IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, ) | CIVIL NO. 03-00595 SPK/LEK |
| ) | |
| Plaintiff, ) | ORDER GRANTING PLAINTIFF'S |
| ) | EX PARTE APPLICATION TO |
| vs. ) | FILE EXHIBIT UNDER SEAL |
| ) | |
| KEVIN W. DIEFFENBACH, M.D. and ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION
TO FILE EXHIBIT UNDER SEAL

Plaintiff Dawn Cooper, having applied ex parte for an Order allowing her to file, under seal, Exhibit A to her Notice of Appeal to the District Court Pursuant to L.R. Rule 74.1 from the Order of Magistrate Judge Kobayashi Denying Plaintiff's Motion re Use of Defense Expert's Testimony on Informed Consent, and the Court having been satisfied that said Exhibit contains confidential and personal copies of graphic photographs which are highly sensitive, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Application is GRANTED and Plaintiff's Exhibit A to her Notice of Appeal to the District Court Pursuant to L.R. Rule 74.1 from the Order of Magistrate Judge Kobayashi Denying Plaintiff's

Motion re Use of Defense Expert's Testimony on Informed Consent shall be filed under seal.

DATED: Honolulu, Hawaii, November 1, 2006.



_____
Samuel P. King
Senior United States District Judge

---

Cooper v. Dieffenbach Civil No. 03-00595 SPK/LEK ORDER GRANTING PLAINTIFF'S <u>EX PARTE</u> APPLICATION TO FILE EXHIBIT UNDER SEAL