IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN W. DIEFFENBACH, M.D. and DOES 1-10, <br><br> Defendants. | CIVIL NO. 03-00595 SPK LEK <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following individuals via electronic notice at the following email addresses and by depositing same in the United States mail, postage prepaid, addressed as follows:

John S. Edmunds         jedmunds@ev-law.com
Joy S. Omonaka          jomonaka@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawaii 96813
Attorneys for Plaintiff Dawn Cooper

DATED:  Honolulu, Hawaii, November 9, 2006.

CADES SCHUTTE
A Limited Liability Law Partnership

_____
JEFFREY S. PORTNOY
CHRISTIAN K. ADAMS
Attorneys for Defendant
Kevin W. Dieffenbach, M.D.

ImanageDB:677623.1