CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY        1211-0
CHRISTIAN K. ADAMS        8192-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4212
Telephone: (808) 521-9200
Facsimile: (808) 540-5040
e-mail: jportnoy@cades.com
e-mail: cadams@cades.com

Attorneys for Defendant
Kevin W. Dieffenbach, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DAWN COOPER, | CIVIL NO. 03-00595 SPK LEK |
|---|---|
| Plaintiff, | DEFENDANT KEVIN W. DIEFFENBACH, M.D.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE A REPLY MEMORANDUM; CERTIFICATE OF SERVICE |
| v. | |
| KEVIN W. DIEFFENBACH, M.D. and DOES 1-10, | |
| Defendants. | |
| | Trial Date: March 13, 2007 |

**DEFENDANT KEVIN W. DIEFFENBACH, M.D.'S
MEMORANDUMIN OPPOSITION TO PLAINTIFF'S EX PARTE
APPLICATION FOR LEAVE TO FILE A REPLY MEMORANDUM**

ImanageDB:678616.1

Defendant Kevin W. Dieffenbach, M.D. ("Dr. Dieffenbach") hereby submits this Memorandum in Opposition to Plaintiff's Ex Parte Application for Leave to File a Reply Memorandum in Support of her Notice of Appeal filed November 15, 2006 ("Ex Parte Application").

Local Rule 74.1 does not provide for a reply memorandum to be filed in an appeal from a Magistrate Judge's order without leave of the Court. Furthermore, Plaintiff has failed to present any compelling reason to deviate from the allotted memoranda in support and opposition set forth by Rule 74.1 in the normal course of such an appeal. Moreover, and once again, the issues raised by Plaintiff in her Ex Parte Application are not relevant to the legal issue before this Court, nor do they have any bearing on the Court's ultimate conclusion on the issue.

This Court is tasked with determining whether Magistrate Judge Kobayashi's conclusion that Plaintiff failed to establish the exceptional circumstances necessary to warrant calling Dr. Parsa is clearly erroneous or contrary to binding law on the issue. None of the points raised, and briefly argued, in Plaintiff's Ex Parte application are relevant or influential on that issue.

The indisputable issue on appeal before this Court was extensively briefed when the matter was before Magistrate Judge Kobayashi and then again to this Court on appeal. Therefore, it is unnecessary and counterproductive to allow

any further briefing. This Court has more than enough material before it to conclude the issue on appeal and Plaintiff should not be permitted to reargue points she had every opportunity to address in her Notice of Appeal, or be allowed to introduce further irrelevant issues that have no bearing on the appeal before this Court.

As indicated in Plaintiff's <u>Ex Parte</u> Application, Defendant strongly opposes further briefing on this issue. Should the Court, however, be inclined to solicit additional briefing from Plaintiff by granting her <u>Ex Parte</u> Application, then Defendant asserts he should also be granted another opportunity to respond to her Reply, as the normal course of Rule 74.1 provides that the Appellee be allowed to respond to the briefing of the Appellant. Therefore, if and only if the Court is so inclined to accept further briefing on the legal issue at hand, Defendant respectfully requests that he also be given a similar opportunity.

For the foregoing reasons, Defendant respectfully requests that the Court deny Plaintiff's <u>Ex Parte</u> Application, as she has failed to demonstrate any compelling reason warranting the allowance of a reply and has not demonstrated that allowing further briefing on the issue would assist this Court in any meaningful manner in addressing the legal issue before it: whether Magistrate Judge Kobayashi's conclusion that Plaintiff failed to establish the exceptional circumstances necessary to warrant calling Dr. Parsa, despite Defendant's decision

to designate him as a consulting expert, is clearly erroneous or contrary to binding law on the issue.

DATED: Honolulu, Hawaii, November 16, 2006.

CADES SCHUTTE
A Limited Liability Law Partnership

_____
JEFFREY S. PORTNOY
CHRISTIAN K. ADAMS
Attorneys for Defendant
Kevin W. Dieffenbach, M.D.