IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN W. DIEFFENBACH, M.D. and DOES 1-10,<br><br>　　　　Defendants. | CIVIL NO. 03-00595 SPK LEK<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following individuals via hand delivery, at their last known address as set forth below:

　　John S. Edmunds
　　Joy S. Omonaka
　　841 Bishop Street, Suite 2104
　　Honolulu, Hawaii 96813
　　Attorneys for Plaintiff Dawn Cooper

　　DATED: Honolulu, Hawaii, November 16, 2006.

　　　　　　　　　　　　　　CADES SCHUTTE
　　　　　　　　　　　　　　A Limited Liability Law Partnership

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　JEFFREY S. PORTNOY
　　　　　　　　　　　　　　CHRISTIAN K. ADAMS
　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　Kevin W. Dieffenbach, M.D.

ImanageDB:678616.1