ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 21 2006

at _10_ o'clock ___ _16_ min. __M
SUE _____ CLERK

LODGED

NOV 1 5 2006 3:30pm

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

EDMUNDS & VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS        734-0
jedmunds@ev-law.com
RONALD J. VERGA        2638-0
rverga@ev-law.com
JOY S. OMONAKA         5709-0
jomonaka@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone:   (808) 524-2000
Facsimile:   (808) 528-3585

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN W. DIEFFENBACH, M.D. and DOES 1-10,<br><br>Defendants. | CIVIL NO. 03-00595 SPK/LEK<br><br>PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE REPLY MEMORANDUM; MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO FILE A REPLY MEMORANDUM; EXHIBIT A; DECLARATION OF JOHN S. EDMUNDS; ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO FILE REPLY MEMORANDUM; AND CERTIFICATE OF SERVICE<br><br>TRIAL DATE: March 13, 2007 |

PLAINTIFF'S EX PARTE APPLICATION TO FILE REPLY MEMORANDUM

Comes now Plaintiff Dawn Cooper, through her attorney John S.

Edmunds, and hereby submits this Ex Parte Application, pursuant to Local Rules

("L.R.") 7.2, 7.6 and 74.1, for an Order granting her leave to file a Reply Memorandum

in support of her Notice of Appeal to the District Court Pursuant to L.R. Rule 74.1 from

the Order of Magistrate-Judge Kobayashi Denying Plaintiff's Motion Re Use of Defense Expert's Testimony on Informed Consent.

This Motion is based on the Memorandum in Support of Ex Parte Motion and the Declaration of John S. Edmunds, both of which are attached hereto.

Respectfully submitted this 15th day of November, 2006.

JOHN S. EDMUNDS
RONALD J. VERGA
JOY S. OMONAKA

Attorneys for Plaintiff

2