IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAWN COOPER, | ) | CIVIL NO. 03-00595 SPK/LEK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S EX |
| | ) | PARTE APPLICATION TO FILE REPLY |
| vs. | ) | MEMORANDUM |
| | ) | |
| KEVIN W. DIEFFENBACH, M.D. and | ) | |
| DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION
TO FILE REPLY MEMORANDUM

Plaintiff Dawn Cooper, having applied ex parte for an Order allowing her

to file a reply memorandum in support of her Notice of Appeal to the District Court

Pursuant to L.R. Rule 74.1 from the Order of Magistrate-Judge Kobayashi Denying

Plaintiff's Motion re Use of Defense Expert's Testimony on Informed Consent, and the

Court having considered this Motion and the Declaration of John S. Edmunds, and

good cause appearing therefor,

IT IS HEREBY ORDERED that the Application is GRANTED and Plaintiff

shall be allowed to file a reply memorandum in support of Plaintiff's Notice of Appeal to

the District Court Pursuant to L.R. Rule 74.1 from the Order of Magistrate-Judge

Kobayashi Denying Plaintiff's Motion re Use of Defense Expert's Testimony on

Informed Consent not less than _____ (____) days from the entry of this Order.

DATED: Honolulu, Hawaii, _____.


_____
JUDGE OF THE ABOVE-ENTITLED COURT

Cooper v. Dieffenbach
Civil No. 03-00595 SPK/LEK

ORDER GRANTING PLAINTIFF'S <u>EX PARTE</u> APPLICATION TO FILE REPLY
MEMORANDUM