## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following parties at their last known address as set forth below, on NOV 15 2006.

| MAILED | HAND DELIVERED | |
|---|---|---|
| [ ] | [X] | JEFFREY S. PORTNOY, ESQ.<br>CHRISTIAN K. ADAMS, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>KEVIN W. DIEFFENBACH, M.D. |

DATED: Honolulu, Hawai`i, November 15, 2006.

_____
JOHN S. EDMUNDS
RONALD J. VERGA
JOY S. OMONAKA

Attorneys for Plaintiff
DAWN COOPER