IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, ) | CIV. NO. 03-00595 SPK/LEK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KEVIN W. DIEFFENBACH, M.D., ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE
TO FILE A REPLY MEMORANDUM

Plaintiff's Ex Parte Application to File Reply Memorandum, lodged on November 15, 2006, is GRANTED.  A Reply Memorandum limited to 7 pages may be filed within 10 days of this order.  Defendant's request to file a sur-reply, as indicated on page 3 of the opposition to the application, is DENIED.

IT IS SO ORDERED.

DATED: November 20, 2006.



_____
Samuel P. King
Senior United States District Judge