EDMUNDS & VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS          734-0
jedmunds@ev-law.com
RONALD J. VERGA          2638-0
rverga@ev-law.com
JOY S. OMONAKA           5709-0
jomonaka@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone:  (808) 524-2000
Facsimile:   (808) 528-3585

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, | CIVIL NO. 03-00595 SPK/LEK |
| Plaintiff, | PLAINTIFF'S EX PARTE APPLICATION FOR ENLARGEMENT OF TIME TO FILE REPLY MEMORANDUM; DECLARATION OF JOHN S. EDMUNDS; AND CERTIFICATE OF SERVICE |
| vs. | |
| KEVIN W. DIEFFENBACH, M.D. and DOES 1-10, | |
| Defendants. | TRIAL DATE:  March 13, 2007 |

PLAINTIFF'S EX PARTE APPLICATION FOR ENLARGEMENT
OF TIME TO FILE REPLY MEMORANDUM

Comes now Plaintiff Dawn Cooper, through her attorney John S. Edmunds, and hereby submits this Ex Parte Application, pursuant to Local Rules ("L.R.") 6.2 for an Order granting her an enlargement of time to file a Reply Memorandum in support her Notice of Appeal to the District Court Pursuant to L.R. Rule 74.1 from the Order of Magistrate-Judge Kobayashi Denying Plaintiff's Motion re Use of Defense Expert's Testimony on Informed Consent because Plaintiff's counsel,

John S. Edmunds and Joy S. Omonaka, are currently in a jury trial before the Honorable J. Michael Seabright.

This Motion is based on the Declaration of John S. Edmunds, which is attached hereto.

DATED:  Honolulu, Hawai`i, November 30, 2006.

Respectfully submitted,

/s/  JOHN S. EDMUNDS
JOHN S. EDMUNDS
RONALD J. VERGA
JOY S. OMONAKA

Attorneys for Plaintiff