IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, ) | CIVIL NO. 03-00595 SPK/LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF JOHN S. |
| ) | EDMUNDS |
| vs. ) | |
| ) | |
| KEVIN W. DIEFFENBACH, M.D. and ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF JOHN S. EDMUNDS

1. I am an attorney duly licensed to practice law in the State of Hawai`i and admitted to practice before this Court.

2. I am counsel for Plaintiff Dawn Cooper in the above-captioned case.

3. On November 15, 2006, Plaintiffs submitted an ex parte application for leave to file a Reply Memorandum in support her Notice of Appeal to the District Court Pursuant to L.R. Rule 74.1 from the Order of Magistrate-Judge Kobayashi Denying Plaintiff's Motion re Use of Defense Expert's Testimony on Informed Consent ("Reply Memo").

4. The Court granted Plaintiff's Ex Parte Application and ordered Plaintiff to file her Reply Memo within 10 days of the Order, which was dated November 20, 2006, but filed and received on November 21, 2006.

5. From November 21, 2006 through November 27, 2006, Plaintiff's counsel has been in trial preparation for a jury trial which began on November 28, 2006,

before the Honorable J. Michael Seabright.  This is a civil trial which is expected to concluded by Tuesday, December 5, 2006.

      6.    Plaintiff respectfully seeks an enlargement of time for a period of one-week to file her Reply Memo from November 30, 2006 to December 7, 2006.  This is the first request for an enlargement of time.

      7.    I attempted to contact defense counsel Jeff Portnoy after returning from Court on November 28, 2006, but he was not available by telephone and I did not leave him a voice mail message.

      8.    I declare under penalty of law that the foregoing is true and correct. Executed on November 30, 2006.

      /s/  JOHN S. EDMUNDS