<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was duly served on the following parties at their last known address as set forth below, by hand delivery, on November 30, 2006:

>JEFFREY S. PORTNOY, ESQ.
>CHRISTIAN K. ADAMS, ESQ.
>Cades Schutte
>1000 Bishop Street, Suite 1200
>Honolulu, HI 96813
>
>Attorneys for Defendant
>KEVIN W. DIEFFENBACH, M.D.

DATED:  Honolulu, Hawai`i, November 30, 2006.

>/s/  JOHN S. EDMUNDS
>JOHN S. EDMUNDS
>RONALD J. VERGA
>JOY S. OMONAKA
>
>Attorneys for Plaintiff
>DAWN COOPER