IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>KEVIN W. DIEFFENBACH, M.D. and )<br>DOES 1-10, )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 03-00595 SPK/LEK<br><br>ORDER GRANTING PLAINTIFF'S <u>EX PARTE</u> APPLICATION FOR ENLARGEMENT OF TIME TO FILE REPLY MEMORANDUM |

Plaintiff Dawn Cooper, having applied <u>ex parte</u> for an Order enlarging the time within which she will be allowed to file a reply memorandum in support of her Notice of Appeal to the District Court Pursuant to L.R. Rule 74.1 from the Order of Magistrate Judge Kobayashi Denying Plaintiff's Motion re Use of Defense Expert's Testimony on Informed Consent, and the Court having considered this Application and the Declaration of John S. Edmunds, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Application is GRANTED and Plaintiff may file a reply memorandum in support of Plaintiff's Notice of Appeal to the District Court Pursuant to L.R. Rule 74.1 from the Order of Magistrate Judge Kobayashi Denying Plaintiff's Motion re Use of Defense Expert's Testimony on  Informed Consent on or before December 7, 2006.

DATED:  Honolulu, Hawaii, December 1, 2006.



_____
Samuel P. King
Senior United States District Judge