IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, ) | CIVIL NO. 03-00595 SPK/LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF JOHN S. |
| ) | EDMUNDS |
| vs. ) | |
| ) | |
| KEVIN W. DIEFFENBACH, M.D. and ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

DECLARATION OF JOHN S. EDMUNDS

     1.    I am an attorney duly licensed to practice law in the State of Hawai'i and admitted to practice before this Court.

     2.    I am counsel for Plaintiff Dawn Cooper in the above-captioned case.

     3.    The photographs of Ms. Cooper were submitted to Magistrate-Judge Kobayashi with Plaintiff's Confidential Settlement Conference Statement on June 6, 2005 and were the subject of a discussion between myself, defense counsel Jeffrey R. Portnoy and Magistrate-Judge Leslie Kobayashi at the settlement conference held on or about June 8, 2005.

     4.    I declare under penalty of law that the foregoing is true and correct. Executed on December 7, 2006.

/s/ JOHN S. EDMUNDS