CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following parties at their last known address as set forth below, on December 7, 2006:

| MAILED | HAND DELIVERED | |
|---|---|---|
| [ X ] | [ ] | JEFFREY S. PORTNOY, ESQ.<br>CHRISTIAN K. ADAMS, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>KEVIN W. DIEFFENBACH, M.D. |

DATED:  Honolulu, Hawai`i, December 7, 2006.

/s/ JOHN S. EDMUNDS
John S. Edmunds
Ronald J. Verga
Joy S. Omonaka

Attorneys for Plaintiff