IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, | ) CIVIL NO. 03-00595 SPK/LEK |
| Plaintiff, | ) |
| vs. | ) |
| KEVIN W. DIEFFENBACH, M.D. and DOES 1-10, | ) |
| Defendants. | ) |

ORDER AFFIRMING ORDER DENYING PLAINTIFF'S MOTION RE USE OF DEFENSE EXPERT'S TESTIMONY ON INFORMED CONSENT

Plaintiff Dawn Cooper appeals pursuant to LR 74.1 and 28 U.S.C. § 636(b)(1), an October 10, 2006, Order of U.S. Magistrate Judge Leslie E. Kobayashi titled "Order Denying Plaintiff's Motion Re Use of Defense Expert's Testimony on Informed Consent."

The Court has reviewed the written filings[1] and, being fully apprised of the issues, hereby AFFIRMS Judge Kobayashi's Order. The Order was neither clearly erroneous nor contrary to law. The Court agrees with Judge Kobayashi's discussion of the applicable standards as set forth in House v. Combines Ins. Co. of Am., 168 F.R.D. 236, 240 (N.D. Iowa 1996), and the distinctions as set forth in

---

[1] The Court declines Plaintiff's request for oral argument.

Lehan v. Ambassador Programs, Inc., 190 F.R.D. 670, 673 (E.D. Wash. 2000) and FMC Corp. v. Vendo Co., 196 F. Supp. 2d 1023, 1046 (E.D. Cal. 2002). The Court agrees that the timing -- which was only after Plaintiff withdrew her expert and not in response to Dr. Parsa's deposition testimony -- of the "de-designation" of Dr. Parsa (a rebuttal witness) indicates no improper circumstances. The Court also agrees that "exceptional circumstances" have not been established.

Accordingly, the Order of U.S. Magistrate Judge Leslie E. Kobayashi of October 10, 2006, is AFFIRMED.

DATED: Honolulu, Hawaii, January 3, 2007.



_____
Samuel P. King
Senior United States District Judge