EDMUNDS & VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS      734-0
jedmunds@ev-law.com
RONALD J. VERGA     2638-0
rverga@ev-law.com
JOY S. OMONAKA          5709-0
jomonaka@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone: (808) 524-2000
Facsimile: (808) 528-3585

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAWN COOPER, | ) | CIVIL NO. 03-00595 SPK/LEK |
| | ) | |
| Plaintiff, | ) | AMENDED CERTIFICATE OF |
| | ) | SERVICE RE PLAINTIFF'S |
| vs. | ) | PRETRIAL STATEMENT |
| | ) | |
| KEVIN W. DIEFFENBACH, M.D. and | ) | |
| DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | TRIAL DATE: March 13, 2007 |
| | ) | |

AMENDED CERTIFICATE OF SERVICE RE
PLAINTIFF'S PRETRIAL STATEMENT

I hereby certify that Plaintiff's Pretrial Statement; and Certificate of Service was hand delivered to the following counsel, at their last known address, on January 23, 2007:

C:\Data\CLIENTS\Cooper\081.wpd

JEFFREY S. PORTNOY, ESQ.
CHRISTIAN K. ADAMS, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

Attorneys for Defendant
KEVIN W. DIEFFENBACH, M.D.

DATED:  Honolulu, Hawai`i, January 23, 2007.


        /s/   Joy S.  Omonaka
        JOHN S.  EDMUNDS
        RONALD J.  VERGA
        JOY S.  OMONAKA

        Attorneys for Plaintiff
        DAWN COOPER