# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/06/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00595SPK-LEK |
| CASE NAME: | Dawn Cooper vs. Kevin W. Diffenbach, M.D., et al. |
| ATTYS FOR PLA: | John S. Edmunds |
| ATTYS FOR DEFT: | Jeffrey S. Portnoy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 02/06/2007 | TIME: | 9:11-9:19 |

COURT ACTION:  EP: Status Conference held.  All parties participated by phone. Final Pretrial Conference set for 9:00 2/20/07 before Magistrate Judge Leslie E. Kobayashi will be a Further Status Conference.

Submitted by: Warren N. Nakamura, Courtroom Manager