# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/09/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL NO. 03-00595SPK-LEK

CASE NAME:      Dawn Cooper vs. Kevin W. Dieffenbach, M.D., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:      Leslie E. Kobayashi      REPORTER:

DATE:      02/09/2007      TIME:

---

COURT ACTION:  EO: Jury Selection/Trial set for 9:00 3/13/07 before Judge Samuel P. King is Vacated.  All other trial related deadlines are also Vacated.

Further Status Conference currently set for 9:00 2/20/07 before Magistrate Judge Leslie E. Kobayashi will also be a **Trial Re-Setting Conference**.

Submitted by: Warren N. Nakamura, Courtroom Manager