# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/20/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00595SPK-LEK |
| CASE NAME: | Dawn Cooper vs. Kevin W. Dieffenbach, M.D., et al. |
| ATTYS FOR PLA: | John S. Edmunds<br>Joy S. Omonaka |
| ATTYS FOR DEFT: | Jeffrey S. Portnoy<br>Christian K. Adams |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 02/20/2007 | TIME: | 9:05-9:12 |

COURT ACTION:  EP: Further Status Conference; Trial Re-Setting Conference held. John S. Edmunds participated by phone. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on August 21, 2007 at 9:00 a.m. before SPK
2. Final Pretrial Conference on July 10, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by July 3, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **N/A**
8a. File Motions in Limine by July 31, 2007
8b. File opposition memo to a Motion in Limine by August 7, 2007
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline **N/A**
13. **Further** Settlement Conference set for **on call** before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by August 7, 2007

21. File Final witness list by July 31, 2007
24. Exchange Exhibit and Demonstrative aids by July 24, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by July 31, 2007
26. File objections to the Exhibits by August 7, 2007
28a. File Deposition Excerpt Designations by July 31, 2007
28b. File Deposition Counter Designations and Objections by August 7, 2007
29. File Trial Brief by August 7, 2007
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: Amended Rule 16 Scheduling Order to be issued.  **Motions for Summary Judgment to be filed by 3/13/07.**


Submitted by: Warren N. Nakamura, Courtroom Manager












CIVIL NO. 03-00595SPK-LEK;
Dawn Cooper vs. Kevin W. Dieffenbach, M.D., et al.;
Rule 16 Scheduling Conference Minutes
02/20/2007