CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY      1211-0
CHRISTIAN K. ADAMS      8192-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4212
Telephone: (808) 521-9200
Facsimile: (808) 521-9210
e-mail: jportnoy@cades.com
e-mail: cadams@cades.com

Attorneys for Defendant
Kevin W. Dieffenbach, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DAWN COOPER, | CIVIL NO. 03-00595 SPK LEK |
|---|---|
| Plaintiff, | DEFENDANT KEVIN W. DIEFFENBACH, M.D.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FIRST AMENDED COMPLAINT FILED OCTOBER 18, 2005; MEMORANDUM IN SUPPORT OF MOTION; and CERTIFICATE OF SERVICE |
| v. | |
| KEVIN W. DIEFFENBACH, M.D. and DOES 1-10, | |
| Defendants. | |
| | **Hearing**: |
| | Date: _____ |
| | Time: _____ |
| | Judge: _____ |
| | Trial Date: August 21, 2007 |

-2-

## DEFENDANT KEVIN W. DIEFFENBACH, M.D.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FIRST AMENDED COMPLAINT FILED OCTOBER 18, 2005

Defendant Kevin W. Dieffenbach, M.D. ("Dr. Dieffenbach") hereby moves for an Order Granting Summary Judgment in Defendant's favor and against Plaintiff Dawn Cooper ("Plaintiff"), thereby dismissing Plaintiff's First Amended Complaint filed October 18, 2005. Despite ample opportunity to do so, Plaintiff has failed to present the requisite expert testimony to support her claims for: 1) breach of the applicable standard of care in the form of negligence and gross negligence, and 2) lack of informed consent. As a result, Defendant is entitled to Judgment as a matter of law on all claims and the First Amended Complaint must be dismissed.

This Motion is brought pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure ("FRCP") and Rule 56.1 of the Local Rules of Practice for the United States District Court of the District of Hawaii, and is based upon the attached Memorandum in Support of Motion, Concise Statement of Facts, Declaration and Exhibit filed concurrently herewith, the records and files herein, and such other matters as may be presented to the Court at the hearing on the Motion.

-3-

DATED: Honolulu, Hawaii, March 13, 2007.

                          CADES SCHUTTE
                          A Limited Liability Law Partnership

                          /s/ Christian K. Adams
                          _____
                          JEFFREY S. PORTNOY
                          CHRISTIAN K. ADAMS
                          Attorneys for Defendant
                          Kevin W. Dieffenbach, M.D.

ImanageDB:696161.1