IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN W. DIEFFENBACH, M.D. and DOES 1-10,<br><br>Defendants. | CIVIL NO. 03-00595 SPK LEK<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following individuals on this day electronically through CM/CEF at their last known e-mail address as follows:

| John S. Edmunds | jedmunds@ev-law.com | March 13, 2007 |
|---|---|---|
| Joy S. Omonaka | jomonaka@ev-law.com | March 13, 2007 |

DATED:  Honolulu, Hawaii, March 13, 2007.

CADES SCHUTTE
A Limited Liability Law Partnership

_____
JEFFREY S. PORTNOY
CHRISTIAN K. ADAMS
Attorneys for Defendant
Kevin W. Dieffenbach, M.D.

ImanageDB:696161.1