CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY        1211-0
CHRISTIAN K. ADAMS        8192-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii  96813-4212
Telephone:  (808) 521-9200
Facsimile:  (808) 521-9210
e-mail: jportnoy@cades.com
e-mail: cadams@cades.com

Attorneys for Defendant
Kevin W. Dieffenbach, M.D.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER,<br><br>        Plaintiff,<br><br>   v.<br><br>KEVIN W. DIEFFENBACH, M.D. and DOES 1-10,<br><br>        Defendants. | CIVIL NO. 03-00595 SPK LEK<br><br>**DEFENDANT'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FIRST AMENDED COMPLAINT FILED OCTOBER 18, 2005; EXHIBIT "A"; DECLARATION OF JEFFREY S. PORTNOY; CERTIFICATE OF SERVICE**<br><br><u>**Hearing**</u>:<br>Date:      _____, 2007<br>Time:     _____a.m.<br>Judge:   _____<br>Trial Date:  August 21, 2007 |

ImanageDB:696161.1

## DEFENDANT KEVIN W. DIEFFENBACH, M.D.'S SEPARATE CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY UDGMENT ON PLAINTIFF'S FIRST AMENDED COMPLAINT FILED OCTOBER 18, 2005

Pursuant to LR 56.1, Defendant Kevin W. Dieffenbach, M.D. ("Dr. Dieffenbach") submits the following Concise Statement of Material Facts as to which there are no genuine issues and which are relevant and essential to the Court's determination of Dr. Dieffenbach's accompanying Motion for Summary Judgment:

| Facts | | Support |
|---|---|---|
| 1. | On October 18, 2005, Plaintiff Dawn Cooper filed her First Amended Complaint alleging: 1) breach of the applicable standard of care in the form of negligence and gross negligence, and 2) lack of informed consent. | First Amended Complaint at pp. 4-9. |
| 2. | On December 15, 2004, Plaintiff submitted her Rule 26(a)(2) Disclosures identifying Roger L. Greenberg, M.D. ("Dr. Greenberg") as her expert witness. | Plaintiff's Rule 26(a)(2) Disclosure Statement, dated December 15, 2004. |
| 3. | Dr. Greenberg was initially retained to provide Plaintiff with his expert opinion as required to substantiate both her claim for breach of the applicable standard of care as well as her lack of informed consent claim. | Plaintiff's Statement in Support of Notice of Appeal, filed October 27, 2006, at 2. |

-2-

| Facts | Support |
|---|---|
| 4.  Dr. Greenberg's expert opinion, however, did not ultimately support such claims. | Plaintiff's Statement in Support of Notice of Appeal, filed October 27, 2006, at 7; Magistrate Judge Kobayashi's Order Denying Plaintiff's Motion, dated October 10, 2006 at 13. |
| 5.  On July 26, 2005, Plaintiff withdrew Dr. Greenberg as her expert witness and confirmed that Dr. Greenberg would not be called to testify on any issue in her case. | Email from John Edmunds to Jeffrey Portnoy, dated July 26, 2005, attached hereto as Exhibit "A." |
| 6.  Plaintiff requested the Court's permission to use Defendant's previously designated expert, Dr. Parsa, to satisfy her burden, but her request was denied by this Court. | Magistrate Judge Kobayashi's Order Denying Plaintiff's Motion, dated October 10, 2006; affirmed by Judge King on January 3, 2007. |
| 7.  Defendant subsequently agreed to allow Plaintiff additional time to seek another expert opinion to support her claims, but Plaintiff was unable to find an expert as necessary to support her claims. | Plaintiff's Status Report dated October 16, 2006; Plaintiff's Statement in Support of Notice of Appeal, filed October 27, 2006, at 6. |

ImanageDB:696161.1

-4-

DATED:  Honolulu, Hawaii, March 13, 2007.

CADES SCHUTTE
A Limited Liability Law Partnership


JEFFREY S. PORTNOY
CHRISTIAN K. ADAMS
Attorneys for Defendant
Kevin W. Dieffenbach, M.D.

ImanageDB:696161.1