IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN W. DIEFFENBACH, M.D. and DOES 1-10,<br><br>    Defendants. | CIVIL NO. 03-00595 SPK LEK<br><br>**DECLARATION OF JEFFREY S. PORTNOY** |

## DECLARATION OF JEFFREY S. PORTNOY

The undersigned, JEFFREY S. PORTNOY, hereby declares:

1. I am an attorney in the law firm of Cades Schutte A Limited liability Law Partnership, attorneys for Defendant Kevin W. Dieffenbach, M.D.

2. Attached hereto as Exhibit "A" is a true and correct copy of the email I received from John Edmunds on July 26, 2005.

3. I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

Executed at Honolulu, Hawaii, on March 13, 2007.

_____
JEFFREY S. PORTNOY

ImanageDB:696161.1