<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was duly served on the following parties, at their last known address as set forth below, on May 4, 2007:

| | |
|---|---|
| JEFFREY S. PORTNOY, ESQ. | (Via Hand Delivery) |
| CHRISTIAN K. ADAMS, ESQ. | (Electronically through |
| Cades Schutte | CM/ECF) |
| 1000 Bishop Street, Suite 1200 | |
| Honolulu, HI 96813 | |

Attorneys for Defendant
KEVIN W. DIEFFENBACH, M.D.

DATED:  Honolulu, Hawai`i, May 4, 2007.

　　　　　　　　　　　　　　　　 /s/  JOHN S. EDMUNDS
　　　　　　　　　　　　　　　JOHN S. EDMUNDS
　　　　　　　　　　　　　　　RONALD J. VERGA
　　　　　　　　　　　　　　　JOY S. OMONAKA

　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　DAWN COOPER