COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)

COPY

```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII

                             ---:---

DAWN COOPER,                    )  CIVIL NO. 03-00595 SPK/LEK
                                )
                                )
            Plaintiff,          )
                                )
     vs.                        )
                                )
KEVIN W. DIEFFENBACH, M.D.      )
and DOES 1-10,                  )
                                )
            Defendants.         )
                                )
_____)
                                )
KEVIN W. DIEFFENBACH, M.D.,     )
                                )
     Third-Party Plaintiff,     )
                                )
     vs.                        )
                                )
UNITED STATES OF AMERICA and    )
DOE DEFENDANTS 1-10,            )
                                )
     Third-Party Defendants.    )
_____)
```

**VOLUME II**

DEPOSITION OF KEVIN W. DIEFFENBACH, M.D.

Taken on behalf of the Plaintiff, at the Law Offices of Edmunds & Verga, 841 Bishop Street, Suite 2104, Honolulu, Hawaii, commencing at 11:04 a.m., on Thursday, October 28, 2004, pursuant to Notice.

BEFORE:        Cassie Uyekubo, CSR 293
               Notary Public, State of Hawaii

```
1                MR. EDMUNDS:  Yes.
2                MR. ASHFORD:  Okay, thank you.
3                THE WITNESS:  I'm sorry, could you
4     repeat the question?
5     Q    (By Mr. Edmunds) Do you believe that infectious
6     process alone is capable of having caused the unusual
7     conditions that we see in Dawn Cooper in those 35
8     photographs?
9     A    In this particular case?
10    Q    Yes, this case.
11    A    It's possible, but not likely.
12    Q    And why do you say, not likely?
13    A    Well, as of the last day I saw her, there was no
14    infection at that point.  And it's possible that there's
15    other factors that could have contributed.
16    Q    Now, what would the other factors be, in your
17    mind?
18    A    I suppose anything is possible.
19    Q    Well, let's stay with probable.
20         What do you think reasonably medically probably
21    caused the unusual conditions we see in those
22    photographs?
23    A    Her pre-existing conditions in regards to obesity
24    and significant weight changes; her history of smoking;
25    and what may or may not have happened between the last
```

```
 1   time I saw her on the 10th and the 25th.
 2   Q     Anything else?
 3   A     Again, I suppose anything is possible.  Those are
 4   the things that come to mind at this point.
 5   Q     I asked you what is reasonably medically probable.
 6         Are those the three categories of what you think
 7   is reasonably medically probable?
 8   A     Right.  But there is a large unknown there, in
 9   terms of the time frame.
10   Q     One of the categories was what may or may not have
11   happened after you last saw her on August the 10th,
12   correct?
13   A     Yes.
14   Q     Now, what kinds of things medically could have
15   caused the complications that we see in Photographs 1
16   through 35, after you last saw her on August 10th 2001?
17   A     The same things that we've talked about.
18   Q     I'm sorry -- you have to fill me in.
19   A     Well, you want to read back my answer to the last
20   question?
21   Q     No, tell me what -- let's start over.
22         When I asked you what, in your view, reasonably
23   medically probably caused the unusual conditions we see
24   in Dawn in Photographs 1 through 35, you said her
25   pre-existing weight changes, high weight and
```

1    It's a reasonably low threshold. For example --
2 and again I'm not trying to instruct here -- but if you
3 were to get up and present a paper to colleagues, you
4 probably wouldn't feel comfortable if you were only
5 50.001 percent certain about something. You probably
6 would not want to express opinions unless you were more
7 certain than that.
8    But with the legal threshold being that something
9 is more likely so than not so, as a working definition
10 of reasonably medically probable or reasonably medically
11 certain -- let's assume that that is the definition, for
12 the sake of my questions, okay?
13              THE WITNESS: Okay.
14 Q   (By Mr. Edmunds) With that assumption, do you have
15 an opinion as to what reasonably medically probably
16 caused the conditions that Dawn presented with, four
17 weeks post-operatively, as described in this Narrative
18 Summary which is page 3 of Exhibit 8?
19 A    Well, again, most if not all of the things that I
20 mentioned before, her history of smoking and the
21 possibility that she resumed smoking.
22    Her obesity, and significant weight changes.
23    Possibility of self-mutilation or inappropriate
24 home wound care; and the care that she received after
25 she left my care.

1  A    I am not comfortable with that assumption.
2  Q    When do you think she had stopped smoking prior to
3  surgery?
4  A    I believe it was closer to three months prior to
5  surgery.
6  Q    Assume it was three months prior to surgery that
7  she had stopped smoking. And assume that it's true that
8  she had stopped three months prior to surgery and did
9  not smoke thereafter.
10 A    I think there are long --
11            MR. ASHFORD:  -- I'm sorry, just -- I
12 want to make sure the question is clear. Because it was
13 just a statement, at that point.
14            MR. EDMUNDS:  Yes. So let me get the
15 question.
16 Q    (By Mr. Edmunds) Assume that she had not smoked
17 three months prior to surgery, and did not smoke at any
18 time within that three months prior to surgery, and did
19 not smoke after the surgery you performed.
20      Do you believe that her history of smoking more
21 than three months prior to surgery would have
22 pre-disposed her for complications that she suffered?
23 A    Yes, it's possible.
24 Q    Reasonably medically probable, doctor?
25 A    As a contributing factor, yes.

1  loss of tissue, loss of the nipple, further surgery,
2  death, poor scars -- and I'm sure there are others that
3  I am not recalling at the moment.
4  Q    Now, are the complications which you've just
5  listed complications which can result specifically from
6  interruption of the blood supply to the breast?
7       I understand you've listed a whole range of
8  complications that can occur during breast reduction
9  surgery, but from the ones that you've just listed, are
10 each and every one of them, complications which can
11 result from some degree of interruption of the blood
12 supply to a patient's breast or breasts?
13 A    I suppose, directly or indirectly, yes.
14 Q    You would agree that because Ms. Cooper was --
15 strike that.
16      Because Ms. Cooper had the history of obesity and
17 weight fluctuation, that she was at greater risk for
18 post-surgical complications in the surgery you performed
19 than a patient would have been, who didn't have that
20 history?
21 A    Yes.
22 Q    And is there any literature that supports that
23 position?
24 A    Certainly, there's many references that support
25 that obese patients are at greater risk from any

1  surgical procedure.
2  Q    What about specifically as to breast reduction?
3  A    Hard to recall that there are specific references
4  to that, but I think the general inferences apply.
5  Q    Do you understand what that mechanism is, that is,
6  do you understand what the causative or causal
7  relationship is between -- let us say, Dawn's history of
8  obesity and weight fluctuation, and how that would
9  causally result in the kinds of post-surgical
10 complications she had?
11 A    Well, I suppose there is many factors related to
12 obesity that are contributing to wound healing problems,
13 in general -- specifically, poor blood supply and poor
14 wound-healing capabilities, a higher degree of fatty
15 tissues that do not heal as well as other types of
16 tissues, and in regarding weight changes and weight
17 loss, significantly, weight loss can increase the risk,
18 in terms of poor blood supply.
19 Q    Did you tell Dawn that because of her history of
20 obesity and weight fluctuation, that she was at greater
21 risk for post-surgical complications of any sort than
22 someone who had not had that history?
23 A    I don't specifically recall.
24           MR. EDMUNDS:  This is probably a good
25 time to take our break.

```
1    STATE OF HAWAII                )
                                    )SS.
2                                   )
3
4
5        I, CASSIE UYEKUBO, C.S.R., a Notary Public in and
     for the State of Hawaii, do hereby certify:
6
7        That on October 28, 2004, appeared before me KEVIN
     W. DIEFFENBACH, M.D., the witness whose testimony is
8    contained herein, that prior to being examined, the
     witness was by me duly sworn or affirmed; that the
9    proceedings were taken in computerized machine shorthand
     by me and were thereafter reduced to print under my
10   supervision; that the foregoing represents, to the best
     of my ability, a correct transcript of the proceedings
11   had in the foregoing matter;

12
         That the witness, if applicable, was notified
13   through counsel, by mail or by telephone to appear and
     sign; that if the transcript is not signed, either the
14   reading and signing were waived by the witness and all
     parties, or the witness has failed to appear and the
15   original is therefore kept on file without signature
     pursuant to Court rules.
16
17       I further certify that I am not counsel for any of
     the parties hereto, nor in any way interested in the
18   outcome of the cause named in the caption.

19
20                        NOV - 2 2004
21   Dated: _____
22
23           _____
             Cassie Uyekubo, C.S.R. #293
24           Notary Public, State of Hawaii
             My Commission Expires: November 8, 2005
25
```

[Notary Public seal: CASSIE UYEKUBO, NOTARY PUBLIC, STATE OF HAWAII]

161

1
2
3     I, KEVIN W. DIEFFENBACH, M.D., do hereby certify I
4  have read the foregoing pages 42 through 160, inclusive,
5  and corrections, if any, were noted by me; and that same
6  is now a true and correct transcript of my testimony.
7
8     Dated  12/6/04
9
10
11  _____
         KEVIN W. DIEFFENBACH, M.D.
12
13
14  Signed before me this  6th
15  day of  December  , 2004.
16
17
18  _Suzanne McLafferty_
19
20
21
22
23
24
25

**RECEIVED DEC -9 2004 CARNAZZO COURT REPORTING CO.**