1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

DAWN COOPER,                        )
                                    )
    Plaintiff,                      )
                                    )
vs.                                 ) CIVIL NO. 03-00595
                                    )
KEVIN W. DIEFFENBACH, M.D.          )
and DOES 1-10,                      )
                                    )
    Defendants.                     )
_____ )
                                    )
KEVIN W. DIEFFENBACH,               )
M.D.,                               )
                                    )
    Third-Party Plaintiff,          )
                                    )
vs.                                 )
                                    )
UNITED STATES OF AMERICA            )
and DOE DEFENDANTS 1-10,            )
                                    )
    Third-Party Defendants.         )
                                    )
                                    )
_____ )

DEPOSITION OF DAWN COOPER

Taken on December 15th, 2004, commencing at 10:30 a.m. at the Law Offices of Cades Schutte, 1000 Bishop Street, Suite 1200, Honolulu, Hawaii, before Rita King, a Certified Court Reporter in the State of Hawaii.

EXHIBIT C

Ralph Rosenberg Court Reporters, Inc.
Ofc: 808.524.2090   Fax: 808.524.2596

1    Q.    Did he explain to you any possible
2    complications?
3    A.    No.
4    Q.    None?
5    A.    Besides asymmetry and scar lines, no.
6    Q.    Did he talk to you about the possibility
7    of bleeding?
8    A.    Yes.
9    Q.    And what did he tell you?
10   A.    That bleeding is normal after surgery.
11   Q.    Did he talk to you about the possibility
12   of you having any kind of a dead tissue that may
13   occur?
14   A.    No.
15   Q.    Did he talk to you about the word
16   necrosis, did that come up?
17   A.    No.
18   Q.    Do you know what necrosis is?
19   A.    Now I do.
20   Q.    Before the surgery, did you know?
21   A.    No.
22   Q.    Did you ever hear the word before the
23   surgery?
24   A.    No.
25   Q.    Did you ask him any questions?

1    A.    I was just curious as when we talked
2 mostly about scar revision surgeries, if any should
3 need to arise, I just wanted to make sure that I
4 wouldn't be having to pay for them out of my own
5 pocket.  That was something that TRICARE had an
6 understanding with as recourses after surgery.
7    Q.    But you understand that paragraph where
8 you wrote "Covered through TRICARE" next to the
9 paragraph dealing with delayed healing -- correct?
10   A.    Correct.
11   Q.    -- not scarring.  And you read that
12 paragraph, "Delayed healing" before you wrote that
13 note.
14   A.    Correct.
15   Q.    Are you sure that if you didn't really
16 make that note to make sure that if you had any of
17 the delayed healing that's discussed in that
18 paragraph, that that wouldn't be covered from
19 TRICARE?
20   A.    I'm not sure.
21   Q.    Because that paragraph doesn't say
22 anything about scarring, right?  Take a look at it.
23   A.    But, to me, delayed healing would have to
24 do with scarring.
25   Q.    Okay.  But you see the paragraph as

1 written: "Wound disruption or delayed wound
2 healing is possible. Some areas of the breast skin
3 or nipple region may not heal normally and may take
4 a long time to heal. It is even possible to have
5 loss of skin or nipple tissue."
6           You understood that as a possible
7 consequence of the surgery at the time?
8      A.   My superficial skin, yes, and the wounds
9 on the outside where the incisions were made,
10 correct, and I was told that if there was any
11 delayed in those areas, that I could end up having
12 to have further scar revision surgeries.
13     Q.   Where does the delayed healing paragraph
14 talk about superficial wound, where did that word
15 come from?
16     A.   Because it says breast skin. The skin is
17 on the top, the skin isn't underneath.
18     Q.   Did you discuss that paragraph with
19 Dr. Dieffenbach?
20     A.   No.
21     Q.   And the "covered through TRICARE," you
22 don't know whether you were dealing with possible
23 scar revision or the issues discussed in delayed
24 healing.
25     A.   I believe that scar healing is part of

1  delayed healing because your skin is the only thing
2  that's going to scar.
3      Q.   You understood that paragraph, though,
4  when you read it.
5          MR. EDMUNDS:  Object.
6          THE WITNESS:  Correct.
7          MR. EDMUNDS:  I'll withdraw.
8      Q.   BY MR. PORTNOY:  Is there any part of
9  Exhibit A that you did not understand when you read
10 it and asked for subsequent clarification?
11     A.   I'm not sure.  I can't recall if I asked
12 him to go over a specific area with me.
13     Q.   You have a question mark next to "Smokers
14 have a greater risk of skin loss."  Is that your
15 question mark?
16     A.   Correct.
17     Q.   Why did you put that question mark there?
18     A.   Because I wanted to ask him if I was a
19 prior smoker, which is my handwriting next to that.
20     Q.   Did you discuss that with him?
21     A.   Correct.
22     Q.   Hadn't you discussed that with him the
23 very first time you met?
24     A.   Correct.
25     Q.   Why was it necessary for you to discuss

1  it with him again?
2      A.   Because I was making sure that everything
3  was going to be okay.
4      Q.   And what did you discuss with him about
5  smokers have a greater risk of skin loss and wound
6  healing complications?
7      A.   I asked him if being a prior smoker also
8  would cause those complications, and he told me,
9  no, that I'd quit smoking long enough for it not to
10 be an issue.
11     Q.   And you had told him you had quit smoking
12 at least four months before.
13     A.   Correct.
14     Q.   In fact, by now, it was like
15 four-and-a-half months.
16     A.   Correct.
17     Q.   Do you see the Additional Surgery
18 Necessary on page 2, big bold letters there?
19     A.   Yes, I do.
20     Q.   Did you read that paragraph and initial
21 it at the time?
22     A.   Yes, I did.
23     Q.   Did you understand it at the time?
24     A.   Yes, I did.
25     Q.   Did you ask the doctor any questions

```
1      A.    July 16th.
2      Q.    July 16th.  Sorry about that.
3            Did you have any discussion with
4  Dr. Dieffenbach on the 9th about the possibility of
5  infection?
6      A.    No.
7      Q.    Pain?
8      A.    Yes.
9      Q.    What was the discussion about pain?
10     A.    What type of pain relievers would be
11 after surgery.
12     Q.    Delayed healing?
13     A.    Yes.
14     Q.    Other than the scarring, did you have a
15 discussion about delayed healing?
16     A.    No.
17     Q.    What about the superficial tissue you
18 talked about earlier?
19     A.    Yes.
20     Q.    Did he explain to you that smokers have a
21 greater risk of skin loss and wound healing
22 complications?
23     A.    Correct.
24     Q.    But he told you if you stopped four
25 months earlier, no problem.
```

1    A.    Correct.
2    Q.    Did he discuss with you that some areas
3 of the breast, skin or nipple region might take a
4 long time to heal?
5    A.    I believe I just read that.
6    Q.    Did he discuss with you that that
7 situation could require frequent dressing changes
8 or future surgery?
9    A.    I believe that was after surgery that we
10 talked about that.
11   Q.    After.
12   A.    Yes.
13   Q.    Not before.
14   A.    Correct.  I know that I read it, but I
15 don't believe that we discussed it until after
16 surgery.
17   Q.    You read about that before surgery in the
18 Exhibit A.
19   A.    Correct.
20   Q.    You didn't ask any questions about that,
21 as you recall?
22   A.    No.
23   Q.    Did you have any body piercings at the
24 time that you had this surgery?
25   A.    A tongue ring, I believe.

1  discussed?
2      A.    Can you repeat?
3      Q.    Have you told me about all of the risks
4  of the procedure or treatment that you either read
5  about in Exhibit A or were discussed with
6  Dr. Dieffenbach?
7      A.    I believe so, yes.
8      Q.    Did you read about risks in any other
9  paper other than Exhibit A?
10     A.    Just with the hospital's consent form for
11 anesthesia.
12     Q.    Is there a risk or complication that you
13 believe, now that you've gone through this, that
14 was not discussed and you believe should have been
15 discussed?
16     A.    Yes.
17     Q.    What are those or is that?
18     A.    The risk of breast tissue, not just
19 breast skin or nipple, the complete and utter loss
20 of breast tissue.
21     Q.    As distinct from skin and nipple?  I just
22 want to make sure I understand your understanding.
23     A.    Correct.
24     Q.    Now, when you say the risk of loss of
25 breast tissue?

```
 1        A.    Correct.
 2        Q.    And what do you now understand that risk
 3   to have been, based upon what occurred?  Well, in
 4   your own words, what is it that you think was a
 5   risk regarding the loss of breast tissue that
 6   should have been disclosed?
 7        A.    I believe that it should have been
 8   disclosed if there is any kind of disruption, that
 9   your breast can die from the inside out.
10        Q.    And you had no such discussions about
11   that.
12        A.    No.
13        Q.    Do you have an understanding of what, in
14   your own words, caused the loss of breast issue?
15        A.    Not enough blood supply to the tissue.
16        Q.    And do you have an understanding of how
17   that happened, Dawn, what occurred that caused the
18   blood supply to be cut off from the tissue?
19        A.    I don't know.
20        Q.    Other than your lawyer, no one has ever
21   discussed that with you, no doctor?
22             MR. EDMUNDS:  Excuse me.  She has seen
23   Dr. Greenberg's written report, she's not spoken
24   with him.
25        Q.    BY MR. PORTNOY:  Let's not bring up
```

1           MR. EDMUNDS:  Well, let me object, the
2   question's compound.  Did she think of anything
3   else or conversations, which are you asking?
4       Q.   BY MR. PORTNOY:  Well, anything else in
5   general, let's start with that.
6       A.   Well, yes.  You'd asked me if I would
7   have had the surgeries if I had been told I would
8   lose breast tissue, and I would have -- if I'd
9   known how much.  I mean, I would never have done
10  this if I thought things were going to go this bad.
11      Q.   What happened over lunch to have you
12  change your testimony on that?
13          MR. EDMUNDS:  Well, object to the form of
14  the question, suggesting she's changed her
15  testimony.
16          MR. PORTNOY:  I think the record will
17  clearly indicate she was asked whether she had
18  known about the extent of the breast loss whether
19  she would have gone through with the procedure, and
20  I think she responded she didn't know.
21          MR. EDMUNDS:  I think you're misstating
22  the record.  I object to the form of the question
23  as argumentative.
24      Q.   BY MR. PORTNOY:  Did something happen
25  over lunch that led you to expand on your prior

```
 1  answer?
 2       A.    I was -- I just -- honestly, I can say
 3  that I don't know if I would have had the surgery
 4  if I was going to lose some breast tissue.  I know
 5  that there's no way, shape or form in my mind that
 6  if I knew I was going to go through this, that if
 7  he could tell me, you know, this is the worst case
 8  scenario that you could go through, if I would have
 9  done it, no.  I would never have had the surgery if
10  I knew that this was the worst case that I could
11  have gone through.
12       Q.    So what is it that you expected him to
13  tell you about the worst case scenario that you
14  think would have led you to decide not to have the
15  procedure?
16       A.    I think he should have told me that,
17  look, you can end up with huge black spots on your
18  breasts that people have to cut off, that you could
19  end up completely losing half of your breast or
20  three-quarters of your breast or -- you know, there
21  was never any mention of losing any part of a
22  breast.  There was mention of loss of skin, loss of
23  nipple area, and I could handle that.  There is no
24  way I could expect any woman to handle having to
25  lose full parts of her breast.
```

```
 1                SIGNATURE OF THE WITNESS
 2        I, DAWN COOPER, the witness in the above
 3   deposition, do hereby certify that I have read the
 4   foregoing deposition taken on December 15th, 2004,
 5   and that the said deposition is a true and correct
 6   record of my testimony, with such corrections and
 7   changes, if necessary, attached.
 8
 9
10   _Dawn M Cooper_____        _1-24-05_____
11   DAWN COOPER                         Date
12
13
14
15
16   Signed before me this _24_.
17   day of _January_____, 2004
18
19   _Elizabeth Windheim_____
20
21
22
23
24   Cooper vs. Dieffenbach        RECEIVED JAN 3 1 2005
     Civil No. 03-00595
25   Taken on 12-15-04 by Rita King, RPR, CSR
```

DEC 2 7 2004   Ralph Rosenberg Court Reporters, Inc.