130

1                IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF HAWAII

3

4    DAWN COOPER,                    ) CV 03-00595 (SPK) (LEK)

5              Plaintiff,            ) VOLUME 2

6         vs.                        )

7                                    )

8    KEVIN W. DIEFFENBACH, M.D.,     )

9    and DOES 1-10,                  )

10             Defendants.           )

11   _____ )

12   KEVIN W. DIEFFENBACH, M.D.,     )

13             Third-Party           )

14             Plaintiff,            )

15        vs.                        )

16                                   )

17   UNITED STATES OF AMERICA        )

18   and DOE DEFENDANTS 1-10,        )

19             Third-Party           )

20             Defendants.           )

21   _____ )

22

23      CONTINUED DEPOSITION OF THOMAS G. CRABTREE, M.D.

24

25   Taken on behalf of Defendants at the offices of Cades

EXHIBIT D

1    Schutte, 1000 Bishop Street, 12th Floor, Honolulu,

2    Hawaii, commencing at 9:05 a.m. on April 14, 2005,

3    pursuant to Notice.

4

5    REPORTED BY:

6        DEBORAH A. NG, CSR 336

7        Registered Professional Reporter

8        Notary Public, State of Hawaii

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

132

```
 1                        APPEARANCES

 2

 3    For Plaintiff            JOHN S. EDMUNDS, ESQ.

 4    Dawn Cooper:             Edmunds Maki Verga & Thorn

 5                             Davies Pacific Center

 6                             Suite 2104

 7                             841 Bishop Street

 8                             Honolulu, Hawaii 96813

 9

10    For Defendant/           JEFFREY S. PORTNOY, ESQ.

11    Third-Party             Cades Schutte

12    Plaintiff Kevin          1000 Bishop Street

13    W. Dieffenbach,          12th Floor

14    M.D.:                    Honolulu, Hawaii 96813

15

16    For Third-Party          THOMAS A. HELPER, ESQ.

17    Defendant United         Assistant U.S. Attorney

18    States of America:       Room 6-100

19                             PJKK Federal Building

20                             300 Ala Moana Boulevard

21                             Honolulu, Hawaii 96850-6100

22

23

24

25
```

133

1                                I N D E X

2

3      EXAMINATION BY:                                    PAGE

4

5         Mr. Portnoy                                      134

6         Mr. Edmunds                                      140

7         Mr. Portnoy                                      191

8         Mr. Edmunds                                      196

9

10                   EXHIBITS FOR IDENTIFICATION

11

12     Plaintiff's Exhibit 1

13     Operative report, 8/30/01.                          142

14

15

16

17

18

19

20

21

22

23

24

25

## OPERATIVE REPORT

**Resident Surgeon:**   MICHAEL J. ROACH, MD, CPT, MC

**Assistant(s):**

**Staff Surgeon:** THOMAS G. CRABTREE, MD, LTC, MC

**Clinical Service:** Plastic Surgery Service

**Date of Operation:** 08/30/2001

**Indication for Operation:** The patient is a 20-year-old female, status post bilateral breast reduction surgery with complications of tissue and fatty necrosis resulting in a large open wound of the left breast and a smaller open wound of the right breast. The patient required debridement of nonviable tissues in both wounds.

**Preoperative Diagnosis:**   Necrotic tissue of open wounds.

**Postoperative Diagnosis:**   Necrotic tissue of open wounds.

**Material Forwarded to the Laboratory for Examination:**   One specimen labeled breast tissue for culture and Gram stain.

**Description of Findings:**     Left breast large central area of necrotic nonviable fat extending down to the level of the pectoralis major muscle. Right breast small superficial region of necrotic tissue. No evidence of infection present in either wound.

**Infection Classification:** I.

**Operation(s) Performed:**     Debridement of open wound, bilateral breasts.

**Description of Operation:** The patient was taken to the operating room and placed supine on the operating table. After achievement of adequate general endotracheal anesthesia, the patient was prepped and draped in the standard surgical fashion. Necrotic tissue and fat were debrided from the right open breast wound using Metzenbaum scissors and scalpel. The open wound was then packed with a gauze dressing.

---

Operative Report
Tripler Army Medical Center
Jarrett White Road
Tripler AMC, HI  96859-5000

**NAME:** COOPER, DAWN M
**Register No.:**     438081
**APV#:**
**FMP/SSN:**     31/538967354
**Ward:** 6B1     **Job #:** 03029,13080E
**O/P Loc:** TAMC FP FILE AREA

C00467

DEPOSITION EXHIBIT _____
4/14/05
DEBORAH A. NG, RPR, CSR     ORIGINAL     Page 1

## OPERATIVE REPORT

Attention was then turned to the left breast.  An approximately 5 by 5 by 4 cm lump of necrotic fat was excised from the central portion of the wound, leaving pectoralis major fascia exposed in some areas.    This  was  sent  off  the table as a specimen for culture, for aerobic and anaerobic culture and Gram stain.

Fragments  of  nonviable  tissue  were  then  debrided  from  the periphery  of  the wound.  After insuring adequate hemostasis had been  obtained,  the  wound  VAC  was  placed into the wound.  The patient  was  extubated  in the operating room and arrived in the recovery room alert, oriented, and in good condition.


_____
MICHAEL J. ROACH, MD, CPT, MC
Resident Surgeon

_____
THOMAS G. CRABTREE, MD, LTC, MC
Staff Surgeon


MJR/MedQ  D:08/30/2001 17:23 T:08/31/2001 11:14
JOB#:03029  **Medquist**
Revised by CW/015 Tripler on 10/10/2001 Job#13080E


**Operative Report**                    NAME: COOPER,DAWN M
**Tripler Army Medical Center**         Register No.:      438081
1 Jarrett White Road                    APV#:
Tripler AMC, HI  96859-5000             FMP/SSN:      31/538967354
                                        Ward: 6B1    Job #: 03029,13080E
                                        O/P Loc: TAMC FP FILE AREA

ORIGINAL                    Page 2

1    STATE OF HAWAII              )
                                  ) SS.
2    COUNTY OF HAWAII             )

3           I, DEBORAH A. NG, RPR, CSR 336 Notary Public,

4    State of Hawaii, hereby certify:

5           That on April 14, 2005, at 9:05 a.m. appeared

6    before me THOMAS G. CRABTREE, M.D., the witness whose

7    deposition is contained herein;

8           That prior to being examined, the witness was

9    by me duly sworn;

10          That the deposition was taken by me in machine

11   shorthand and was thereafter reduced to typewriting by

12   me;

13          That the foregoing represents, to the best of

14   my ability, a full, true and correct transcript of

15   said deposition.

16          I further certify that I am not attorney for

17   any of the parties hereto, nor in any way concerned

18   with the cause.

19          Dated:  Kailua-Kona, Hawaii, April 21, 2005.

20

21   DEBORAH A. NG, CSR 336
     Registered Professional Reporter
22   Notary Public, State of Hawaii
     My commission expires 6/20/2006

23

24

25

**CASE:** Cooper vs. Dieffenbach                    **NO:** Civil # CV03-0095 SPK LEK

**DEPOSITION OF:** Thomas G. Crabtree, M.D.    **DATE TAKEN:** April 14, 2005
                    Volume 2

## CORRECTION SHEET

| PAGE | LINE | CORRECTION | REASON |
|------|------|-----------|--------|
|      |      |           |        |
|      |      |           |        |
|      |      |           |        |
|      |      |           |        |
|      |      |           |        |
|      |      |           |        |
|      |      |           |        |
|      |      |           |        |
|      |      |           |        |
|      |      |           |        |
|      |      |           |        |
|      |      |           |        |

(If additional space is needed, attach a blank sheet)

**Signature of Deponent:** _____    **Date:** _____

========================================================

## CERTIFICATE

_____ Please be advised that the deponent signed and/or made corrections to the deposition within 30 days of notification.

_xxx_ Please be advised that 30 days have expired and the deponent has failed to read and sign the deposition.

_____ Please be advised that signature and/or corrections received are <u>not</u> being filed with the deposition because they were received and/or signed after 30 days of notification.

_____ Please be advised that the above-named case is going to trial and/or hearing and the deponent has not read and signed the deposition before the filing of this transcript with the Court.

Dated:  6/6/2005        nt          , Honolulu, Hawaii.

                    RALPH ROSENBERG COURT REPORTERS

                         CSR NO. 179

(12/03