COPY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

---:---

| | |
|---|---|
| DAWN COOPER,<br><br>               Plaintiff,<br><br>    vs.<br><br>KEVIN W. DIEFFENBACH, M.D. and<br>DOES 1-10,<br><br>               Defendants.<br><hr>KEVIN W. DIEFFENBACH, M.D.,<br><br>               Third-Party<br>               Plaintiff,<br><br>    Vs.<br><br>UNITED STATES OF AMERICA and<br>DOE DEFENDANTS 1-10,<br><br>               Third-Party<br>               Defendants. | **CIVIL NO. 03-00595 SPK LEK**<br><br>**EXHIBITS RE<br>DEPOSITION OF:<br>KEVIN W. DIEFFENBACH, M.D.,<br>VOLUME I.**<br><br>(Exhibits 1-5) |

EXHIBITS RE

DEPOSITION OF KEVIN W. DIEFFENBACH, M.D., VOLUME I

Taken on 10/12/2004 9:32:00 AM.

EXHIBIT E

CARNAZZO COURT REPORTING COMPANY, LTD.    (808) 532-0222

St. Francis Medical Center
2230 Liliha Street
Honolulu, Hawaii 96817



St Francis Medical Center-West
91-2141 Ft. Weaver Road
Ewa Beach, Hawaii 96706

## St. Francis Medical Center - West

| | |
|---|---|
| **Patient:** COOPER, DAWN | **Med Rec No:** 20-35-06 |
| **Admit Date:** 07/16/2001 | **Account No:** 10079762 |
| **Discharge Date:** 07/17/2001 | **Room No:** 315-1 |
| **Attending Physician:** DIEFFENBACH, KEVIN | |
| **Surgeon:** DIEFFENBACH, KEVIN | **Surgery Date:** 07/16/2001    **OP** |

**PREOPERATIVE DIAGNOSIS:**     Macromastia.

**POSTOPERATIVE DIAGNOSIS:**     Macromastia.

**PROCEDURE PERFORMED:**     Breast reduction, removing approximately 820 g from each breast.

**SURGEON:**     Kevin Dieffenbach, MD

**ANESTHESIOLOGIST:**     Derek Dang, MD

**ANESTHESIA:**     General endotracheal.

**INDICATIONS FOR PROCEDURE:** The patient is a 20-year-old woman who complains of back pain from her large breasts.

**DESCRIPTION OF OPERATION:** After the induction of general anesthesia, the patient's chest was sterilely prepped and draped.

The 65 mm diameter specimen cup lid was used to outline the new nipple areolar complex. The circumference was then incised and a surrounding central pedicle was de-epithelialized, measuring approximately 10 cm in diameter. The surrounding breast tissue from the medial, lateral, inferior, and superior quadrants were then excised, removing approximately 300 cc from the medial and lateral aspects, and 100 cc from the inferior and superior aspects.

The wounds were temporarily closed with the stapler and the patient sat upright to compare size and symmetry which appeared very good. The staples were removed and the wounds were irrigated with normal saline and complete hemostasis was assured using the cautery. The skin edges were again approximated with the stapler. The dermis was approximated using 3-0 and 4-0 Vicryl for the right breast, and 4-0 and 5-0 PDS suture for the left breast.

A 60 mm circle was then used to outline the new site for the nipple areolar complex. The nipple areolar complexes were examined and appeared to have good color and capillary refill.

OP Page 1 of 2

St. Francis Medical Center - West

| Patient: COOPER, DAWN | Med Rec No: 20-35-06 |
|---|---|
| Room No: 315-1 | Account No: 10079762 |
| Attending: DIEFFENBACH, KEVIN | |
| Surgeon: DIEFFENBACH, KEVIN | Surgery Date: 07/16/2001          OP |

Therefore, the recipient site skin and subcutaneous fat were excised bilaterally. The nipple areolar complexes were secured with 3-0 and 4-0 Vicryl on the right breast, and 4-0 and 5-0 PDS dermal sutures on the left breast. A final 5-0 running plain gut running suture was placed around the circumference of the areola. The inverted-T wounds were closed using a stapler. All wounds were then dressed with Bacitracin ointment, followed by fluffs, ABD pads, and a sports bra.

The patient tolerated the procedure well without complications and was extubated and transferred to the recovery room in stable condition.

Job #294272

KEVIN DIEFFENBACH, MD

KD/AG
D: 07/16/01 21:39
T: 07/20/01 13:56

cc: KEVIN DIEFFENBACH

**OP** Page 2 of 2