<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was duly served on the following parties, at their last known address as set forth below, on May 4, 2007:

| | |
|---|---|
| JEFFREY S. PORTNOY, ESQ.<br>CHRISTIAN K. ADAMS, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813 | (Via Hand Delivery)<br>(Electronically through CM/ECF) |

Attorneys for Defendant
KEVIN W. DIEFFENBACH, M.D.

DATED:  Honolulu, Hawai`i, May 4, 2007.

   /s/  JOHN S. EDMUNDS
JOHN S. EDMUNDS
RONALD J. VERGA
JOY S. OMONAKA

Attorneys for Plaintiff
DAWN COOPER