EDMUNDS & VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS     734-0
jedmunds@ev-law.com
RONALD J. VERGA     2638-0
rverga@ev-law.com
JOY S. OMONAKA      5709-0
jomonaka@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone:  (808) 524-2000
Facsimile:  (808) 528-3585

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, | CIVIL NO. 03-00595 SPK/LEK |
| Plaintiff, | ERRATA SHEET TO PLAINTIFF DAWN COOPER'S MEMORANDUM IN OPPOSITION TO DEFENDANT KEVIN W. DIEFFENBACH, M.D.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FIRST AMENDED COMPLAINT FILED OCTOBER 18, 2005 FILED MARCH 13, 2007; AND CERTIFICATE OF SERVICE |
| vs. | |
| KEVIN W. DIEFFENBACH, M.D. and DOES 1-10, | |
| Defendants. | |
| | HEARING: |
| | Date:   May 23, 2007 |
| | Time:   10:00 a.m. |
| | Judge:  Hon. Samuel P. King |
| | TRIAL DATE:  No Trial Date |

C:\Data\CLIENTS\Cooper\084.wpd

ERRATA SHEET TO PLAINTIFF DAWN COOPER'S
MEMORANDUM IN OPPOSITION TO DEFENDANT
KEVIN W. DIEFFENBACH, M.D.'S MOTION
FOR SUMMARY JUDGMENT ON PLAINTIFF'S
FIRST AMENDED COMPLAINT FILED OCTOBER 18, 2005
<u>FILED MARCH 13, 2007 [FILED MAY 4, 2007]</u>

Exhibits A through F, which are attached to both Plaintiff Dawn Cooper's Memorandum In Opposition to Defendant Kevin W. Dieffenbach, M.D.'s Motion For Summary Judgment on Plaintiff's First Amended Complaint Filed October 18, 2005 Filed March 13, 2007 filed herein on May 4, 2007 ("Memorandum in Opposition") and Plaintiff Dawn Cooper's Separate Concise Statement of Material Facts In Opposition to Defendant Kevin W. Dieffenbach, M.D.'s Motion For Summary Judgment on Plaintiff's First Amended Complaint Filed October 18, 2005 Filed March 13, 2007 filed herein on May 4, 2007 ("Plaintiff's Concise Statement") should not have been attached to the Memorandum in Opposition, but only to Plaintiff's Concise Statement.

DATED: Honolulu, Hawai`i, May 8, 2007.

   /s/ JOY S. OMONAKA
JOHN S. EDMUNDS
RONALD J. VERGA
JOY S. OMONAKA

Attorneys for Plaintiff