EDMUNDS & VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS        734-0
jedmunds@ev-law.com
RONALD J. VERGA        2638-0
rverga@ev-law.com
JOY S. OMONAKA         5709-0
jomonaka@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone:  (808) 524-2000
Facsimile:  (808) 528-3585

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, | CIVIL NO. 03-00595 SPK/LEK |
| Plaintiff, | SECOND ERRATA SHEET TO PLAINTIFF DAWN COOPER'S MEMORANDUM IN OPPOSITION TO DEFENDANT KEVIN W. DIEFFENBACH, M.D.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FIRST AMENDED COMPLAINT FILED OCTOBER 18, 2005 FILED MARCH 13, 2007; AND CERTIFICATE OF SERVICE |
| vs. | |
| KEVIN W. DIEFFENBACH, M.D. and DOES 1-10, | |
| Defendants. | |
| | HEARING:<br>Date:   May 23, 2007<br>Time:   10:00 a.m.<br>Judge:  Hon. Samuel P. King |
| | TRIAL DATE:  No Trial Date |

SECOND ERRATA SHEET TO PLAINTIFF DAWN COOPER'S MEMORANDUM IN OPPOSITION TO DEFENDANT KEVIN W. DIEFFENBACH, M.D.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FIRST AMENDED COMPLAINT FILED OCTOBER 18, 2005 FILED MARCH 13, 2007 [FILED MAY 4, 2007]

The Errata Sheet to Plaintiff Dawn Cooper's Memorandum In Opposition to Defendant Kevin W. Dieffenbach, M.D.'s Motion For Summary Judgment on Plaintiff's First Amended Complaint Filed October 18, 2005 Filed March 13, 2007 [Filed May 4, 2007] filed herein on May 7, 2007 should have been dated May 7, 2007 rather than May 8, 2007.

DATED: Honolulu, Hawai`i, May 8, 2007.

  /s/   JOY S. OMONAKA
JOHN S. EDMUNDS
RONALD J. VERGA
JOY S. OMONAKA

Attorneys for Plaintiff