<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was duly served on the following parties, at their last known address as set forth below, by hand delivery on May 8, 2007:

    JEFFREY S. PORTNOY, ESQ. (via Hand Delivery)
    CHRISTIAN K. ADAMS, ESQ. (Electronically through CM/ECF)
    Cades Schutte
    1000 Bishop Street, Suite 1200
    Honolulu, HI 96813

    Attorneys for Defendant
    KEVIN W. DIEFFENBACH, M.D.

DATED: Honolulu, Hawai`i, May 8, 2007.

        /s/ JOY S. OMONAKA
        JOHN S. EDMUNDS
        RONALD J. VERGA
        JOY S. OMONAKA

        Attorneys for Plaintiff
        DAWN COOPER