IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAWN COOPER, | ) | CIVIL NO. 03-00595 SPK/LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF JOHN S. |
| | ) | EDMUNDS |
| vs. | ) | |
| | ) | |
| KEVIN W. DIEFFENBACH, M.D. and | ) | |
| DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF JOHN S. EDMUNDS

1.      I am an attorney duly licensed to practice law in the State of

Hawaii and am one of the attorneys for the above-named plaintiff.  I have personal

knowledge of the facts stated herein except for those stated on information and

belief and, as to those, I believe them to be true after reasonable inquiry.

2.      Attached hereto as Exhibit A is a true and correct copy of the

excerpts of the transcript of the deposition of Defendant Kevin W. Dieffenbach

taken on October 12, 2004 ("Defendant's 10/12/04 Deposition").

3.      Attached hereto as Exhibit B is a true and correct copy of the

excerpts of the transcript of the deposition of Defendant Kevin W. Dieffenbach

taken on October 28, 2004.

4.      Attached hereto as Exhibit C is a true and correct copy of the

excerpts of the transcript of the deposition of Dawn Cooper taken on December 15, 2004.

5.    Attached hereto as Exhibit D is a true and correct copy of the Operative Report dated August 30, 2001, Exhibit A to the Deposition transcript of Thomas G. Crabtree, M.D. taken on April 14, 2005.

6.    Attached hereto as Exhibit E is a true and correct copy of the Operative Report dated July 16, 2001, which was Exhibit 2 to Defendant's 10/12/04 Deposition at 17-18.

7.    Attached hereto as Exhibit F is a true and correct copy of Defendant/Third-Party Plaintiff Kevin W. Dieffenbach, M.D.'s First Amended Third-Party Complaint; Exhibit "A"; Summons; Certificate of Service filed in the Circuit Court of the First Circuit, State of Hawaii on October 10, 2003.

8.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 4, 2007.

/s/  JOHN S. EDMUNDS
JOHN S. EDMUNDS