CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following parties, at their last known address as set forth below, by hand delivery on May 8, 2007:

> JEFFREY S. PORTNOY, ESQ. (via Hand Delivery)
> CHRISTIAN K. ADAMS, ESQ. (Electronically through CM/ECF)
> Cades Schutte
> 1000 Bishop Street, Suite 1200
> Honolulu, HI 96813
>
> Attorneys for Defendant
> KEVIN W. DIEFFENBACH, M.D.

DATED: Honolulu, Hawai`i, May 8, 2007.

> /s/ JOY S. OMONAKA
> JOHN S. EDMUNDS
> RONALD J. VERGA
> JOY S. OMONAKA
>
> Attorneys for Plaintiff
> DAWN COOPER