# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00595SPK-LEK |
| CASE NAME: | Dawn Cooper vs. Kevin W. Dieffenbach, M.D. , et al. |
| ATTYS FOR PLA: | John S. Edmunds |
| ATTYS FOR DEFT: | Jeffrey S. Portnoy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 05/23/2007 | TIME: | 11:05-11:09 |

COURT ACTION: EP: Status Conference Re: Trial Date and Other Deadlines held. All parties participated by phone. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on **Wednesday, November 14, 2007** at 9:00 a.m. before SPK
2. Final Pretrial Conference on October 2, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by September 25, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **N/A**
8a. File Motions in Limine by October 23, 2007
8b. File opposition memo to a Motion in Limine by October 30, 2007
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline **N/A**
13. Settlement Conference set for **on call** before **LEK**
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by October 30, 2007
21. File Final witness list by October 23, 2007
24. Exchange Exhibit and Demonstrative aids by October 16, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 23, 2007
26. File objections to the Exhibits by October 30, 2007

28a. File Deposition Excerpt Designations by October 23, 2007
28b. File Deposition Counter Designations and Objections by October 30, 2007
29. File Trial Brief by October 30, 2007
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 03-00595SPK-LEK;
Dawn Cooper vs. Kevin W. Dieffenbach, M.D. , et al.;
Rule 16 Scheduling Conference Minutes
05/23/2007