IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DAWN COOPER, | CIVIL NO. 03-00595 SPK LEK |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| KEVIN W. DIEFFENBACH, M.D. and DOES 1-10, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following individuals on this day electronically through CM/CEF at their last known e-mail address as follows:

| John S. Edmunds | jedmunds@ev-law.com | August 3, 2007 |
|---|---|---|
| Joy S. Omonaka | jomonaka@ev-law.com | August 3, 2007 |

DATED: Honolulu, Hawaii, August 3, 2007.

CADES SCHUTTE
A Limited Liability Law Partnership

_/s/_
JEFFREY S. PORTNOY
CHRISTIAN K. ADAMS
Attorneys for Defendant
KEVIN W. DIEFFENBACH, M.D.

ImanageDB:705527.2