# MINUTES

CASE NUMBER:     CIVIL 03-00595SPK-LEK

CASE NAME:       Dawn Cooper vs. Kevin W. Dieffenbach, M. D. Et al.,

ATTYS FOR PLA:   John S. Edmunds

ATTYS FOR DEFT:  Jeffery S. Portnoy
                 Christian Adams

INTERPRETER:

JUDGE:    Samuel P. King          REPORTER:   Gloria Bediamol

DATE:     08/16/2007              TIME:       2:35 - 3:00

COURT ACTION:  Defendant Kevin W. Dieffenbach's Motion for Summary Judgment:

Arguments made.

Defendant Kevin W. Dieffenbach's Motion for Summary Judgment taken under advisement.

Court to issue written Order.

Submitted by: Dottie Miwa, Courtroom Manager