AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

——————————— DISTRICT OF HAWAII ———————————

| | |
|---|---|
| DAWN COOPER | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL NO 03-00595 SPK-LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| | August 20, 2007 |
| KEVIN W. DIEFFENBACH, M.D. | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[  ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have
been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for hearing before the Court. The issues have
been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant,
pursuant to the "Order Granting Defendant Kevin W. Dieffenbach's Motion for Summary
Judgment" filed on August 20, 2007.

_____          _____
      August 20, 2007                              SUE BEITIA
Date                                             Clerk

                                       _____
                                       (By) Deputy Clerk