# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 20, 2007

TO ALL COUNSEL

Re: CIVIL NO 03-00595 SPK-LEK
DAWN COOPER vs. KEVIN W. DIEFFENBACH, M.D.

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on August 20, 2007.

Sincerely Yours,

SUE BEITIA, CLERK
by: George Bartels
Deputy Clerk

cc: all counsel