**EDMUNDS & VERGA**
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS      734-0
jedmunds@ev-law.com
RONALD J. VERGA      2638-0
rverga@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone: (808) 524-2000
Facsimile: (808) 528-3585

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, | CIVIL NO. 03-00595 SPK/LEK |
| Plaintiff, | NOTICE OF APPEAL; REPRESENTATION STATEMENT; AND CERTIFICATE OF SERVICE |
| vs. | |
| KEVIN W. DIEFFENBACH, M.D. and DOES 1-10, | |
| Defendants. | No Trial Date |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff DAWN COOPER hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment In A Civil Case entered in this action on August 20, 2007.

DATED: Honolulu, Hawai`i, September 18, 2007.

JOHN S. EDMUNDS
RONALD J. VERGA

Attorneys for Plaintiff