IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAWN COOPER, | CIVIL NO. 03-00595 SPK/LEK |
| Plaintiff, | REPRESENTATION STATEMENT |
| vs. | |
| KEVIN W. DIEFFENBACH, M.D. and DOES 1-10, | |
| Defendants. | |

### REPRESENTATION STATEMENT

Pursuant to Rule 3-2(b) of the Rules of the United States Court of Appeals for the Ninth Circuit, Plaintiff-Appellant identifies the parties to this appeal and their respective counsel as follows:

PLAINTIFF-APPELLANT:

    DAWN COOPER

    Represented by:
        JOHN S. EDMUNDS
        RONALD J. VERGA
        841 Bishop Street, Suite 2104
        Honolulu, Hawaii 96813-3945
        Telephone: (808) 524-2000

DEFENDANT -APPELLEE:

    KEVIN W. DIEFFENBACH, M.D.

    Represented by:
        JEFFREY S. PORTNOY, ESQ.
        CHRISTIAN K. ADAMS, ESQ.
        Cades Schutte Fleming & Wright
        1000 Bishop Street, Suite 1200
        Honolulu, HI 96813
        Telephone: (808) 521-9200

DATED: Honolulu, Hawai`i, September 18, 2007.

_____
JOHN S. EDMUNDS
RONALD J. VERGA

Attorneys for Plaintiffs

---

<u>Dawn Cooper v. Kevin W. Dieffenbach, et al.</u>
Civil No. 03-00595 SPK/LEK

REPRESENTATION STATEMENT