## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following parties, at their last known address as set forth below, by hand delivery on September 18, 2007:

JEFFREY S. PORTNOY, ESQ.
CHRISTIAN K. ADAMS, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

Attorneys for Defendant
KEVIN W. DIEFFENBACH, M.D.

DATED: Honolulu, Hawai`i, September 18, 2007.

_____
JOHN S. EDMUNDS
RONALD J. VERGA

Attorneys for Plaintiff
DAWN COOPER