# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 240955 |
|---|---|
| Trans | 147509 |

Received From:   **EDMUNDS & VERGA**
Case Number:
Reference Number:   **CV 03-595SPK**

|  | Check | 455.00 |
|---|---|---|
|  | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | **Total** | | **455.00** |
|  | Tend | | 455.00 |
|  | Due | | 0.00 |

09/18/2007 03:28:28 PM       Deputy Clerk:  bb/GB