ORIGINAL

EDMUNDS & VERGA
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS          734-0
jedmunds@ev-law.com
RONALD J. VERGA          2638-0
rverga@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone:   (808) 524-2000
Facsimile:   (808) 528-3585

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 27 2007

at 11 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DAWN COOPER, | ) | CIVIL NO. 03-00595 SPK/LEK |
|---|---|---|
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| KEVIN W. DIEFFENBACH, M.D. and DOES 1-10, | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that one copy of Plaintiff's request for (1) Transcript Designation and Ordering Form for August 16, 2007 and (2) Transcript Designation and Ordering Form for August 28, 2007 were hand delivered to the following counsel, at their last known address, on September 19, 2007:

JEFFREY S. PORTNOY, ESQ.
CHRISTIAN K. ADAMS, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, HI 96813

Attorneys for Defendant
KEVIN W. DIEFFENBACH, M.D.


DATED: Honolulu, Hawai`i, September 27, 2007.


_____
JOHN S. EDMUNDS
RONALD J. VERGA

Attorneys for Plaintiff
DAWN COOPER