# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    Dawn Cooper vs. Kevin W. Dieffenbach, M.D., et al.,

      **U.S. COURT OF APPEALS DOCKET NUMBER:** _____ 07-16758

      **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

      **U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 03-00595SPK-LEK

II    **DATE NOTICE OF APPEAL FILED:**    09/18/07

III   **U.S. COURT OF APPEALS PAYMENT STATUS:**

      **DOCKET FEE PAID ON:** 09/18/07       **AMOUNT:**   $455.00

      **NOT PAID YET:**            **BILLED:**

      **U.S. GOVERNMENT APPEAL:**     **FEE WAIVED:**

      **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

      **IF YES, SHOW DATE:**       **& ATTACH COPY OF ORDER/CJA**

      **WAS F.P. STATUS REVOKED:**     **DATE:**

      **WAS F.P. STATUS LIMITED IN SOME FASHION?**

      **IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY:**

      Laila M. Geronimo

RECEIVED
CLERK U.S. DISTRICT COURT

OCT 03 2007

DISTRICT OF HAWAII

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction
     of the U.S. Court of Appeals Docket Fee.)