**FILED**

JAN 29 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAWN COOPER,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>KEVIN W. DIEFFENBACH, M.D.,<br><br>    Defendant - Appellee. | No. 07-16758<br><br>D.C. No. CV-03-00595-SPK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

On or before March 3, 2008, counsel for appellant is requested to contact the undersigned to report on the status of the case.

The briefing schedule previously set by the court is vacated.

FOR THE COURT

_____
Peter W. Sherwood
Circuit Mediator

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 31 2008
DISTRICT OF HAWAII

S:\CASES\2007\07-16758\08-01-23-stat rpt-vbs.wpd